Paul R. Keisel, Esq. (CBN 119584)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: 310/854.4444
Facsimile: 310/854.0812

Michael J. Boni, Esq. (pro hac vice)
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610/822.0200
Facsimile: 610/822.0206

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE YAHOO! LITIGATION | Case No.: CV-06-2737 CAS (FMOx)<br><br>**DECLARATION OF MICHAEL BONI IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER DISQUALIFYING AND ENJOINING BENJAMIN EDELMAN**<br><br>Date: March 31, 2008<br>Time: 10:00 a.m.<br>Place: Ctrm. of Judge Snyder |

I, Michael Boni, declare and state:

1. On June 26, 2006, I spoke by phone with Emil Herich, counsel for Yahoo. Mr. Herich told me that Yahoo advised him that Mr. Edelman had done some work for Yahoo, and that Yahoo was in the process of determining whether it wanted to move to disqualify Mr. Edelman. I memorialized this conversation in a contemporaneous email to my co-counsel.

1

2. Prior to June 26, 2006, I asked Mr. Herich to let me know whether Yahoo would stipulate to a case management order that, among other things, identified Mr. Edelman, Michael Donovan and me to serve as Plaintiffs' Co-Lead Counsel. In connection with that request, I also asked Mr. Herich if Yahoo would stipulate to Mr. Edelman's, Mr. Donovan's and my motions for admission pro hac vice. In our June 26, 2006 telephone discussion, Mr. Herich advised me that Yahoo was considering opposing Mr. Edelman's pro hac vice motion. However, two days later, on June 28, 2006, Yahoo signed the stipulated Case Management Order appointing Mr. Edelman as one of Plaintiffs' Co-Lead Counsel. Further, Yahoo never opposed Mr. Edelman's motion for admission pro hac vice.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 25, 2008 in Bala Cynwyd, Pennsylvania.

By: _/s/ Michael Boni_  
       Michael Boni

# PROOF OF SERVICE

STATE OF CALIFORNIA        ) ss:
COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8648 Wilshire Boulevard, Beverly Hills, California 90211-2910.

On February 29, 2008, I served the foregoing document(s) described as: **DECLARATION OF MICHAEL BONI IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER DISQUALIFYING AND ENJOINING BENJAMIN EDELMAN** on the interested parties by placing ( ) the original ( X ) a true and correct copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X] VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Beverly Hills, California.

[ ] VIA PERSONAL DELIVERY:

I personally delivered such envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

[ ] VIA FACSIMILE:

The interested parties receiving the above-referenced document via facsimile have agreed to accept same via facsimile transmission, and the facsimile transmission report indicated that the transmission was complete and without error. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

[ ] STATE:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on February 29, 2008, at Beverly Hills, California.

_____
Sandra Haro

<table>
<tr><td>1</td><td colspan="2" align="center">In Re Yahoo! Litigation<br>United States District Court, Central District of California, Western Division<br>Master File No. CV06-2737 CAS (FMOx)</td></tr>
<tr><td>3</td><td>

Michael J. Boni, Esq.
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610/822.0200
Facsimile: 610/822.0206
Co-Counsel for Plaintiffs

Michael D. Donovan, Esq.
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: 215/732.6067
Facsimile: 215/732.8060
Co-Counsel for Plaintiffs

Benjamin G. Edelman, Esq.
LAW OFFICES OF BENJAMIN EDELMAN
27A Linnean Street
Cambridge, MA 02138
Telephone: 617/359.3360
Facsimile: 309/431.8532
Co-Counsel for Plaintiffs

Marc Edelson, Esq.
EDELSON & ASSOCIATES
45 West Court Street
Doylestown, PA 18901
Telephone: 215/230.8043
Facsimile: 215/230.8735
Co-Counsel for Plaintiffs

Alan M. Feldman, Esq.
Thomas More Marrone, Esq.
FELDMAN, SHEPHERD, WOHLGELERNTER & TANNER
1845 Walnut Street, 25th Floor
Philadelphia, PA 19103
Telephone: 215/567.8300
Facsimile: 215/567.8333
Co-Counsel for Plaintiffs

</td><td>

Dennis L. Wilson, Esq.
Emil W. Herich, Esq.
KEATS, MCFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90212
Telephone: 310/248.3830
Facsimile: 310/860.0363
Counsel for Defendants

Jonathan Shub, Esq.
SHELLER, LUDWIG & BADEY, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: 215/790.7300
Facsimile: 215/546.0942
Co-Counsel for Plaintiffs

Oren Giskan, Esq.
GISKAN & SOLOTARNOFF
207 West 25th, 4th Floor
New York, NY 10001
Telephone: 212/475.0099
Facsimile: 212/473.8096
Co-Counsel for Plaintiffs

Lisa J. Rodriguez, Esq.
Donna Siegel Moffa, Esq.
TRUJILLO RODRIGUEZ & RICHARDS LLC
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: 856/795.9002
Facsimile: 856/795.9887
Co-Counsel for Plaintiffs

</td></tr>
</table>