Larry W. McFarland (Bar No. 129668)
Dennis L. Wilson (Bar No. 155407)
David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California  90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Emails:     lmcfarland@kmwlaw.com
                 dwilson@kmwlaw.com
                 dcaplan@kmwlaw.com


Attorneys for Defendants
Yahoo!, Inc.
Overture Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In re Yahoo! Litigation | Master File No.: CV 06-2737 CAS (FMOx) |
|---|---|
| | DEFENDANT YAHOO!, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND/OR FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(1),(6), 12(e)) |
| | Date:         April 21, 2008 |
| | Time:         10:00 a.m. |
| | Courtroom:  5 (Courtroom of the Hon. Christina A. Snyder) |
| This Document Relates To All Actions | |

TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on April 21, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 5 (second floor) of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California, Defendants Yahoo! Inc. and Overture Services, Inc. (collectively "Defendants") will and hereby do move the Court for an order dismissing Plaintiffs Draucker Development, True Communications, Inc. dba Metrodate.com, Crafts by Veronica and Mika's Wedding's (collectively "Plaintiffs") Consolidated Second Amended Class Action Complaint ("the SAC"). This motion is based on Federal Rules of Civil Procedure 12(b)(1) and (6), and is made on the grounds that Plaintiffs lack standing to bring any of their claims and that the SAC fails to state a claim upon which relief may be granted. In the alternative, Defendants hereby move the Court for an order requiring Plaintiffs to provide a more definite statement pursuant to Federal Rules of Civil Procedure 12(e).

The SAC fails to state a cause of action for multiple reasons including: (1) the plaintiffs have expressly agreed not to consolidate their claims in a class action; (2) the individual named plaintiffs fail to allege any personal claims against Defendants and, therefore, lack standing to sue on behalf of the putative class based on alleged injuries to putative class members; (3) Plaintiffs cannot successfully prosecute claims against Overture for conduct allegedly occurring prior to its acquisition by Yahoo! because none of the named Plaintiffs can state a claim against Overture based on such conduct; and (4) Plaintiffs' claims for (a) breach of contract, (b) restitution, unjust enrichment and money had and received, (c) misrepresentation and civil conspiracy and (d) unfair business practices must be dismissed because Plaintiffs fail to state a claim on which relief can be brought. In the alternative, Defendants are entitled, pursuant to FRCP 12(e), to an order providing that, in the absence of a more definite statement differentiating the allegations made collectively against all defendants as a

1

group, Defendants need not respond to the Complaint because it is impermissibly vague and ambiguous.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Dennis Wilson and the pleadings and papers on file in this matter. This motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on December 11, 2006 and on February 13, 2008.

On December 7, 2006, counsel for Defendants sent Plaintiffs a letter pursuant to Local Rule 7-3, requesting a conference of counsel to discuss the substance of the Rule 12(b)(6) and Rule 12(e) motion that Defendants were contemplating filing. See Declaration of Dennis Wilson ("Wilson Dec.") ¶ 2, Ex. 1. Counsel for the parties subsequently conferred by telephone on December 11, 2006, but were unable to resolve any of the disputes raised in the letter. Wilson Dec., ¶ 2. More recently, Defendants sent an additional letter to Plaintiffs on January 31, 2008 pursuant to Local Rule 7-3 regarding the substance of the Rule 12(b)(1), 12(b)(6) and Rule 12(e) motion and conducted a further telephone conference on February 13, 2008. Wilson Dec. ¶3, Ex. 2. As the parties were unable to resolve any of the disputes raised in the letter of January 31, 2008, Defendants are filing the present motion.

Dated:  February 29, 2008          KEATS McFARLAND & WILSON LLP


By:  _____/s/_____
     Dennis Wilson, Esq.
     Attorneys for Defendant
     Yahoo!, Inc. and Overture Services, Inc.

## DECLARATION OF SERVICE BY MAIL

### *In Re Yahoo! Litigation.*

**U.S.D.C., Central Dist. of California, Case No.:  CV-06-2737 CAS (FMOx)**

I, the undersigned, say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned hereinbelow was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service.  In the ordinary course of business, any materials for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service.

On February 29, 2008, I served the within:

**1.   DEFENDANT YAHOO!, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED AND/OR FOR A MORE DEFINITE STATEMENT (FRCP 12(b)(1),(6), 12(e))**

**2.   YAHOO! INC. AND OVERTURE SERVICES, INC.'S MEMORANDUM IN SUPPORT OF (1) MOTION TO DISMISS AND (2) MOTION FOR MORE DEFINITE STATEMENT [Fed. R. Civ. P. 12(b)(1); 12(b)(6); 12(e)]**

**3.   DECLARATION OF DENNIS WILSON IN SUPPORT OF DEFENDANT YAHOO!, INC.'S AND OVERTURE SERVICES, INC.'S (1) MOTION TO DISMISS (2) MOTION FOR MORE DEFINITE STATEMENT [Fed. R. Civ. P. 12(b)(1); 12(b)(6); 12(e)]**

upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

1

BY MAIL: I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on February 29, 2008, at Beverly Hills, California.



/s /

TANYA GLOVER

2

# SERVICE LIST

Paul R. Kiesel, Esq.
Kiesel Boucher Larson LLP
8648 Wilshire Boulevard
Beverly Hills, CA  90211
Tel:     (310) 854-4444
Fax:     (310) 854-0812
kiesel@kbla.com
**Attorneys for Plaintiffs and The Class**

Oren Giskan, Esq.
Giskan Solotaroff & Anderson LLP
11 Broadway, Suite 2150
New York, New York 10004
Tel:     (212) 847-8315
Fax:     (212) 473-8096
ogiskan@gslawny.com
**Co-Counsel for Plaintiffs**

Michael J. Boni, Esq.
Boni & Zack
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0201
(610) 822-0206 fax
mboni@bonizack.com
**Co-Counsel for Plaintiffs**

Marc Edelson, Esq.
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Tel:     (215) 230-8043
Fax:     (215) 230-8735
medelson@hofedlaw.com
**Co-Counsel for Plaintiffs**

Michael D. Donovan, Esq.
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadephia, PA 19103
Tel:     (215) 732-6067
Fax:     (215) 732-8060
mdonovan@donovansearles.com
**Co-Counsel for Plaintiffs**

Alan M. Feldman, Esq.
Thomas More Marrone, Esq.
Feldman, Shepherd, Wohlgelernter & Tanner
25th Floor, 1845 Walnut Street
Philadelphia, PA 19103
Tel:     (215) 567-8300
Fax:     (215) 567-8333
afeldman@feldmanshepherd.com
tmarrone@feldmanshepherd.com
**Co-Counsel for Plaintiffs**

Benjamin G. Edelman, Esq.
Law Offices of Benjamin Edelman
27A Linnaean Street
Cambridge, MA  02138
Tel:     (617) 379-0820
Fax:     (309) 431-8532
Edelman@pobox.com
**Co-Lead Counsel for Plaintiffs**

Lisa J. Rodriguez, Esq.
Donna Siegel Moffa, Esq.
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
Tel:     (856) 795-9002
Fax:     (856) 795-9887
lisa@trrlaw.com
donna@trrlaw.com
**Co-Counsel for Plaintiffs**

Jonathan Shub, Esq.
Seeger Weiss LLP
1515 Market Street, Ste. 1380
Philadelphia, PA 19102
Tel:     (215) 564-2300
Fax:     (215) 851-8029
jshub@seegerweiss.com
**Co-Counsel for Plaintiffs**

3