1 Larry W. McFarland (Bar No. 129668)
2 Dennis Wilson (Bar No. 155407)
3 David K. Caplan  (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
4 Penthouse Suite
Beverly Hills, California  90212
5 Telephone: (310) 248-3830
Facsimile: (310) 860-0363
6 Emails:    lmcfarland@kmwlaw.com
           dwilson@kmwlaw.com
7           dcaplan@kmwlaw.com

8 Attorneys for Defendants
Yahoo!, Inc.
9 Overture Services, Inc.

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| In re Yahoo! Litigation | Master File No.: CV 06-2737 CAS (FMOx) |
|---|---|
| | DECLARATION OF DENNIS WILSON IN SUPPORT OF DEFENDANT YAHOO!, INC.'S AND OVERTURE SERVICES, INC.'S (1) MOTION TO DISMISS (2) MOTION FOR MORE DEFINITE STATEMENT |
| | [Fed. R. Civ. P. 12(b)(1); 12(b)(6);12(e)] |
| | Date:         April 21, 2008
Time:         10:00 a.m.
Courtroom:  5 (Courtroom of the Hon. Christina A. Snyder) |
| This Document Relates To All Actions | |

I, Dennis Wilson, Declare:

1.     I am an attorney duly licensed to practice law in the State of California and I am a member of the Bar of this Court.  I am a partner of the firm Keats McFarland & Wilson LLP, attorneys of record for Yahoo! Inc. and Overture Services, Inc., the named Defendants in this action.  Except as otherwise stated herein, I have personal and first hand knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

2.     On or about December 7, 2006, a lawyer in our office sent a letter discussing the defects in Plaintiffs' Consolidated Second Amended Class Action Complaint ("the SAC") and offering to meet in person or telephonically to discuss the letter in an attempt to avoid the need to file a motion to dismiss.  On December 11, 2006, counsel for Plaintiffs and counsel for Defendants did, in fact, confer telephonically but were unable to resolve any of the disputes raised by the letter.  A true and correct copy of our letter to Plaintiffs' counsel is attached hereto as **Exhibit 1**.

3.     On or about January 31, 2008, I sent another letter to Plaintiffs' counsel discussing the defects in Plaintiffs' Consolidated Second Amended Class Action Complaint ("the SAC") and offering to meet in person or telephonically to discuss the letter in an attempt to avoid the need to file a motion to dismiss.  On February 13, 2008, counsel for Plaintiffs and counsel for Defendants did, in fact, confer telephonically but were unable to resolve any of the disputes raised by the letter.  A true and correct copy of our letter to Plaintiffs' counsel is attached hereto as **Exhibit 2**.

4.     A true and correct copy of the Declaration of James Weiss (Dkt. # 25), previously filed in this action on August 25, 2006 in support of Defendants' Motion to

Dismiss Plaintiffs' Complaint for Failure to State a Claim Upon Which Relief Can Be Granted, is attached hereto as **Exhibit 3**.

    5.    A true and correct print out from Defendants' web site is attached hereto as **Exhibit 4**.

    6.    A true and correct copy of selections from the 2006 Annual Report of Expedia Inc. ("2006 Report") is attached hereto as **Exhibit 5** and the entire 2006 Report is publicly available at http://library.corporate-ir.net/library/19/190/190013/items/246083/EXPEAR.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 29, 2008      By:   /s/
                                             Dennis Wilson