*<u>In Re Yahoo! Litigation</u>*

**U.S.D.C., Central Dist. of California,
Case No.: CV-06-2737 CAS (FMOx)**

# EXHIBIT 4

**<u>EXHIBIT 4 TO</u>**: DECLARATION OF DENNIS WILSON IN SUPPORT OF DEFENDANT YAHOO!, INC.'S AND OVERTURE SERVICES, INC.'S (1) MOTION TO DISMISS (2) MOTION FOR MORE DEFINITE STATEMENT [Fed. R. Civ. P. 12(b)(1); 12(b)(6);12(e)]

**YAHOO! SEARCH MARKETING**

Search Marketing Home - Help

Manage My Accounts

**Resource Center**
Select

**Sponsored Search**
**Local Sponsored Search**

- Getting Started
- Products & Features
- Sponsored Search
- Local Sponsored Search
- Tutorials
- Account Management
- Optimize Your Results
- FAQs
- Listing Guidelines
- Events
- Special Offers
- Case Studies
- Glossary

Sponsored Search

## Take advantage of all Sponsored Search features and options for maximum traffic.

You already know how Yahoo!'s flagship product Sponsored Search delivers highly targeted customer leads to your business by allowing you to control placement within sponsored search results across the Web. But are you taking advantage of all of the features, tools and options that Sponsored Search offers to increase your quantity of targeted traffic?

**Easy Switches to Generate More Sales Leads**
The Advanced match type enables you to target additional customers while still using your existing listings, saving you both time and effort. This feature of Sponsored Search provides search users with relevant listings, even when the bidded keyword does not match word-for-word with the search query.

To maximize the relevancy of your listings to search users, the Advanced match type also offers Excluded Words, which are words or phrases you choose to prevent a listing from matching a irrelevant search query.

Content Match™ complements your Sponsored Search campaign by displaying your existing listings along with relevant articles, product reviews and more, thereby providing an additional source of targeted leads. The Content Match distribution network consists of popular, high-quality sites such as Yahoo! and MSN.com, providing you with better leads that are more likely to convert to sales. Additionally, Content Match lets you set bids separately from Sponsored Search, to provide greater control of your ROI.

| Portals | Sponsored Search | Content Match™ |
|---|---|---|
| AltaVista | → | |

Find the

http://searchmarketing.yahoo.com/rc/srch/srch.php

EXHIBIT 4
PAGE 54

products that meet your business objectives.

| | Sponsored Search | Content Match™ |
|---|---|---|
| Excite | ✓ | |
| Go2Net | ✓ | |
| InfoSpace | ✓ | |
| MSN | ✓ | ✓ |
| Yahoo! | ✓ | ✓ |
| **Content** | | |
| Advertising.com | | ✓ |
| Away Network | | ✓ |
| CitySearch | ✓ | ✓ |
| CNN | ✓ | ✓ |
| Cool Savings | ✓ | ✓ |
| Consumer Review Network | | ✓ |
| Edmunds | | ✓ |
| Homestore Network | | ✓ |
| Knight Ridder | ✓ | ✓ |
| MyFamily Network | | ✓ |
| National Geographic | | ✓ |
| Wall Street Journal.com | | ✓ |

You can turn on the Advanced match type and Content Match on the Account Summary page of your

http://searchmarketing.yahoo.com/rc/srch/srch.php

EXHIBIT 4
PAGE 55

account.

**Tracking**

To thoroughly understand the traffic you receive via Sponsored Search and Content Match, we suggest you make use of Yahoo!'s free tracking tools: Conversion Counter and Tracking URLs. Using these tools will allow you to track and report how your Yahoo! campaigns are performing, as well as where your traffic is coming from. Tracking your results regularly will enable you to make the most informed and effective decisions about how to best use your advertising budget.

**Superior return on investment**

With its pay-per-click pricing model, Sponsored Search, along with and Content Match, can generate a higher return-on-investment (ROI) than any other online and offline advertising products. If you aren't currently advertising with Sponsored Search, sign up now.

SIGN UP NOW

**Other Yahoo! Products**

Yahoo! offers the most comprehensive set of performance-based products. Learn more about our suite of products that connect your business to targeted customers:

Search Submit
Local Sponsored Search

Copyright © 2006 Yahoo! Inc. All Rights Reserved | Copyright/IP Policy | Terms of Service | Trademarks | Patents | Help
NOTICE: We collect personal information on this site. To learn more about how we use your information, see our **Privacy Policy**.

EXHIBIT 4
PAGE 56

http://searchmarketing.yahoo.com/rc/srch/prob.php