Paul R. Keisel, Esq. (CBN 119854)
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: 310/854.4444
Facsimile: 310/854.0812

**Attorneys for Plaintiffs**
**Additional Counsel Appear on Signature Page**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE YAHOO! LITIGATION | Case No.: CV-06-2737 CAS (FMOx) |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
| | Date: November 10, 2008<br>Time: 10:00 a.m.<br>Courtroom: 5 |
| | Honorable Christina A. Snyder, presiding |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 10, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5 of the above entitled Court, located at 312 North Spring Street, Los Angeles, California, Plaintiffs will and hereby do move the Court, pursuant to Rules 23(a) and 23(b)(3) of the *Federal Rules of Civil Procedure*, for an Order certifying this case as a class action, appointing the named plaintiffs as class representatives, and designating Lead Counsel as Class Counsel, on behalf of the following Class:

> All persons or entities that contracted with one or more Defendants for Sponsored Search or Content Match advertising placement services at any time on or after May 1, 2000

In support of this Motion, Plaintiffs will rely upon the Memorandum of Law, the Declarations of Benjamin Edelman and Michael J. Boni, filed herewith, the pleadings and papers on file in this matter, discovery conducted by the parties following the filing of this Motion, the record herein and in the case captioned *Checkmate Strategic Group, Inc. v. Yahoo!, Inc.*, No. 2:05-cv-05488-CAS, and such other materials, evidence, reports and data as may be submitted to or admitted by the Court prior to and at the Hearing herein.

This motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place before the Court on December 3, 2007.

Dated: March 7, 2008

**KIESEL, BOUCHER & LARSON**

By: /s/ Paul R. Kiesel
Paul R. Kiesel
8648 Wilshire Boulevard
Beverly Hills, CA 90211
(310) 854-4444
**Liaison Counsel for Plaintiffs**

**BONI & ZACK LLC**
Michael J. Boni
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200

**DONOVAN SEARLES, LLC**
Michael D. Donovan
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

**LAW OFFICES OF BENJAMIN EDELMAN**
Benjamin G. Edelman
27A Linnaean Street
Cambridge, MA 02138
(617) 379-0820

**Co-Lead Counsel for Plaintiffs**

## PROOF OF SERVICE

STATE OF CALIFORNIA ) ss:
COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 8648 Wilshire Boulevard, Beverly Hills, California 90211-2910.

On March 7, 2008, I served the foregoing document(s) described as: **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** on the interested parties by placing ( ) the original ( X ) a true and correct copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X] VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ] VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Beverly Hills, California.

[ ] VIA PERSONAL DELIVERY:

I personally delivered such envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

[ ] VIA FACSIMILE:

The interested parties receiving the above-referenced document via facsimile have agreed to accept same via facsimile transmission, and the facsimile transmission report indicated that the transmission was complete and without error. A copy of that report, which was properly issued by the transmitting machine, is attached hereto.

[ ] STATE:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on March 7, 2008, at Beverly Hills, California.

_____
Julissa E. Salgueiro

<u>In Re Yahoo! Litigation</u>
United States District Court, Central District of California, Western Division
Master File No. CV06-2737 CAS (FMOx)

| | |
|---|---|
| Michael J. Boni, Esq.<br>BONI & ZACK, LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: 610/822.0200<br>Facsimile: 610/822.0206<br>Co-Counsel for Plaintiffs | Dennis L. Wilson, Esq.<br>Emil W. Herich, Esq.<br>KEATS, MCFARLAND & WILSON LLP<br>9720 Wilshire Boulevard<br>Penthouse Suite<br>Beverly Hills, CA 90212<br>Telephone: 310/248.3830<br>Facsimile: 310/860.0363<br>Counsel for Defendants |
| Michael D. Donovan, Esq.<br>DONOVAN SEARLES, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: 215/732.6067<br>Facsimile: 215/732.8060<br>Co-Counsel for Plaintiffs | Jonathan Shub, Esq.<br>SHELLER, LUDWIG & BADEY, P.C.<br>1528 Walnut Street, 3rd Floor<br>Philadelphia, PA 19102<br>Telephone: 215/790.7300<br>Facsimile: 215/546.0942<br>Co-Counsel for Plaintiffs |
| Benjamin G. Edelman, Esq.<br>LAW OFFICES OF BENJAMIN EDELMAN<br>27A Linnean Street<br>Cambridge, MA 02138<br>Telephone: 617/359.3360<br>Facsimile: 309/431.8532<br>Co-Counsel for Plaintiffs | Oren Giskan, Esq.<br>GISKAN & SOLOTARNOFF<br>207 West 25th, 4th Floor<br>New York, NY 10001<br>Telephone: 212/475.0099<br>Facsimile: 212/473.8096<br>Co-Counsel for Plaintiffs |
| Marc Edelson, Esq.<br>EDELSON & ASSOCIATES<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: 215/230.8043<br>Facsimile: 215/230.8735<br>Co-Counsel for Plaintiffs | Lisa J. Rodriguez, Esq.<br>Donna Siegel Moffa, Esq.<br>TRUJILLO RODRIGUEZ & RICHARDS LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Telephone: 856/795.9002<br>Facsimile: 856/795.9887<br>Co-Counsel for Plaintiffs |
| Alan M. Feldman, Esq.<br>Thomas More Marrone, Esq.<br>FELDMAN, SHEPHERD, WOHLGELERNTER & TANNER<br>1845 Walnut Street, 25th Floor<br>Philadelphia, PA 19103<br>Telephone: 215/567.8300<br>Facsimile: 215/567.8333<br>Co-Counsel for Plaintiffs | |