Larry W. McFarland (Bar No. 129668)
Dennis Wilson (Bar No. 155407)
David K. Caplan  (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Emails:   lmcfarland@kmwlaw.com
          dwilson@kmwlaw.com
          dcaplan@kmwlaw.com

Counsel for Defendants
Yahoo! Inc. and Overture Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE YAHOO! LITIGATION | Master File No. CV 06-2737 CAS (FMOx) |
| | **ANSWER OF YAHOO! INC. AND OVERTURE SERVICES, INC. TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT** |
| | **JURY TRIAL DEMANDED** |
| This Document Relates to All Actions | |

Defendants Yahoo! Inc. and Overture Services, Inc. (collectively "Yahoo!" or "Defendants") hereby respond to Draucker Development, True Communication, Inc. d/b/a Metrodate.com, Crafts by Veronica, Mika's Wedding and other purported plaintiffs' ("Plaintiffs") Consolidated Second Amended Class Action Complaint ("SAC"), and admits, denies and avers as follows:

## ANSWER

### (Introduction)

1.     Responding to paragraph 1 of the SAC, Yahoo! admits that Yahoo! Inc. owns and operates Internet search engines and web sites containing news and other content, and that Defendants provide advertising services on Defendants' websites and through their advertising partners.  Except as expressly so admitted, Yahoo! Generally and specifically denies the truth of each and every allegation contained in paragraph 1 of the SAC.

2.     Responding to paragraph 2 of the SAC, Yahoo! admits that Internet users can click on an advertisement to be taken to the advertiser's web site.  Yahoo! further admits that Defendants' advertising customers may incur charges on a "per click" basis.  Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 2 of the SAC.

3.     Responding to paragraph 3 of the SAC, Yahoo! generally and specifically denies that Yahoo! "portrays its targeted advertising commitment and service as one in which advertisers pay premium prices in exchange for 'highly targeted' ad placements."  Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

4.     Responding to paragraph 4 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 4 of the SAC.

5.     Responding to paragraph 5 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 5 of the SAC.

6.     Responding to paragraph 6 of the SAC, Yahoo! admits that Defendants' contract with Plaintiffs involves products named "Sponsored Search" and "Content Match." Except as so expressly admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 6 of the SAC.

7.     Responding to paragraph 7 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 7 of the SAC.

8.     Responding to paragraph 8 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 8 of the SAC.

9.     Responding to paragraph 9 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 9 of the SAC.

10.     Responding to paragraph 10 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 10 of the SAC.

11.     Responding to paragraph 11 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied. To the extent, however, that paragraph 11 does contain allegations that require a response, Yahoo! admits that plaintiffs purport to assert claims for violations of common law breach of contract, unjust enrichment, misrepresentation and for statutory violations under the Unfair Competition Law, Business and Professions Code §§ 17200 *et seq.* Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 11 of the SAC.

**(Parties)**

12.    Responding to paragraph 12 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 12 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

13.    Responding to paragraph 13 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 13 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

14.    Responding to paragraph 14 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 14 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

15.    Responding to paragraph 15 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 15 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

16.    Responding to paragraph 16 of the SAC, Yahoo! admits the truth of the allegations of paragraph 16 of the SAC.

17.     Responding to paragraph 17 of the SAC, Yahoo! admits that Overture Services, Inc. is a wholly-owned subsidiary of Yahoo!, Inc.  Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 17 of the SAC.

## (Jurisdiction and Venue)

18.     Responding to paragraph 18 of the SAC, Yahoo! admits that this matter is a purported class action case and that this Court has original jurisdiction over the action.  Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 18 of the SAC.

19.     Responding to paragraph 19 of the SAC, Yahoo! admits the truth of the allegations of paragraph 19 of the SAC.

## (Relevant Factual Background)

20.     Responding to paragraph 20 of the SAC, Yahoo! admits that its product offerings include a search engine and that its business activities include advertising.  Except as so expressly admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 20 of the SAC.

21.     Responding to paragraph 21 of the SAC, Yahoo! admits the truth of the allegations of paragraph 21 of the SAC.

22.     Responding to paragraph 22 of the SAC, Yahoo! admits that the purported class includes entities that have purchased Sponsored Search and/or Content Match.  Except as so expressly admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 22 of the SAC.

23.     Responding to paragraph 23 of the SAC, Yahoo! admits that the words in quotation marks appear or have appeared in Yahoo!'s marketing materials.  Except as so expressly admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 23 of the SAC.

24.     Responding to paragraph 24 of the SAC, generally and specifically denies the truth of each and every allegation contained in paragraph 24 of the SAC.

25.    Responding to paragraph 25 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 25 of the SAC.

26.    Responding to paragraph 26 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 26 of the SAC.

27.    Responding to paragraph 27 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 27 of the SAC.

28.    Responding to paragraph 28 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 28 of the SAC.

29.    Responding to paragraph 29 of the SAC, Yahoo! admits that the words in quotation marks appear or have appeared in Yahoo! marketing materials.  Except as so expressly admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 29 of the SAC.

30.    Responding to paragraph 30 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 30 of the SAC.

31.    Responding to paragraph 31 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 31 of the SAC.

32.    Responding to paragraph 32 of the SAC, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

33.    Responding to paragraph 33 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the

extent, however, that paragraph 33 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

34.   Responding to paragraph 34 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 34 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

35.   Responding to paragraph 35 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 34 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

36.   Responding to paragraph 36 of the SAC, Yahoo! admits that some policies directed toward publishers appear or have appeared online.  Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 36 of the SAC.

37.   Responding to paragraph 37 of the SAC, Yahoo! generally and specifically denies that it has "caused class members' ads to appear in spyware software programs."  Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 37 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

38.   Responding to paragraph 38 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 38 of the SAC.

39. Responding to paragraph 39 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 39 of the SAC.

40. Responding to paragraph 40 of the SAC, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 40 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein. Yahoo! submits that said paragraph contains no additional charging allegations that need to be admitted or denied. To the extent, however, that paragraph 40 does contain additional allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 40 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

41. Responding to paragraph 41 of the SAC, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

42. Responding to paragraph 42 of the SAC, Yahoo! admits that the words in quotation marks in the first two sentences of paragraph 42 appear or have appeared in Yahoo! marketing materials. Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 42 of the SAC.

43. Responding to paragraph 43 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 43 of the SAC.

44. Responding to paragraph 44 of the SAC, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

45. Responding to paragraph 45 of the SAC, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 45 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

46. Responding to paragraph 46 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 46 of the SAC.

47. Responding to paragraph 47 of the SAC, Yahoo! admits that Plaintiffs' SAC alleges that its claims purport to be "separate and distinct from the harm caused by click fraud." Except as so expressly admitted, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied. To the extent, however, that paragraph 47 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 47 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

### (Class Allegations)

48. Responding to paragraph 48 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied. To the extent, however, that paragraph 48 does contain allegations that require a response, Yahoo! admits that this matter is a purported class action case allegedly brought on behalf of "all persons (including companies) who contracted with one or more Defendants for advertising at any time in the six (6) years preceding the filing of the first Class Action Complaint in this action." Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 48 of the SAC.

49. Responding to paragraph 49 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 49 of the SAC.

1    50.    Responding to paragraph 50 of the SAC, Yahoo! generally and

2  specifically denies the truth of each and every allegation contained in paragraph 50 of

3  the SAC, including but not limited to, (a) – (f) of paragraph 50 of the SAC.

4    51.    Responding to paragraph 51 of the SAC, Yahoo! generally and

5  specifically denies the truth of each and every allegation contained in paragraph 51 of

6  the SAC.

7    52.    Responding to paragraph 52 of the SAC, Yahoo! generally and

8  specifically denies that Plaintiffs are adequate representatives of the Class, that

9  Plaintiffs' interests do not conflict with the interests of the class members they seek to

10  represent, and that Plaintiffs and their counsel will adequately protect the interests of

11  the Class.  Yahoo! is without knowledge or information sufficient to form a belief as

12  to the truth of the remaining allegations of paragraph 52 of the SAC, and on that basis,

13  denies the truth of each and every such allegation contained therein.

14    53.    Responding to paragraph 53 of the SAC, Yahoo! generally and

15  specifically denies the truth of each and every allegation contained in paragraph 53 of

16  the SAC.

17    54.    Responding to paragraph 54 of the SAC, Yahoo! generally and

18  specifically denies the truth of each and every allegation contained in paragraph 54 of

19  the SAC.

20  **COUNT I**

21  **(Breach of Contract)**

22    55.    Yahoo! repeats and repleads its responses to the preceding paragraphs as

23  though set forth in full herein.

24    56.    Responding to paragraph 56 of the SAC, Yahoo! generally and

25  specifically denies the truth of each and every allegation contained in paragraph 56 of

26  the SAC.

27    57.    Responding to paragraph 57 of the SAC, Yahoo! admits that it offers

28  advertising products named "Sponsored Search" and "Content Match."  Except as

explicitly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 57 of the SAC.

58.    Responding to paragraph 58 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 58 of the SAC.

59.    Responding to paragraph 59 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 59 of the SAC.

60.    Responding to paragraph 60 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 60 of the SAC.

61.    Responding to paragraph 61 of the SAC, Yahoo! admits that Insertion Orders may be part of the Agreement between Yahoo! and its advertising customers. Except as expressly so admitted, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 61 of the SAC.

62.    Responding to paragraph 62 of the SAC, Yahoo! admits that its customers pay for search advertising based on "clicks" on that customer's ads. Except as so expressly admitted, Yahoo! generally and specifically denies the truth of the remaining allegations contained in paragraph 62 of the SAC.

63.    Responding to paragraph 63 of the SAC, Yahoo! admits that the block quoted words appear or have appeared in the Master Terms and Conditions. Except as so expressly admitted, Yahoo! denies the truth of each and every allegation contained in paragraph 63 of the SAC.

64.    Responding to paragraph 64 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied. To the extent, however, that paragraph 64 does contain allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64 of the SAC, and on that basis, denies the truth of

1  each and every such allegation contained therein.

2       65.    Responding to paragraph 65 of the SAC, Yahoo! submits that said

3  paragraph contains no charging allegations that need to be admitted or denied.  To the

4  extent, however, that paragraph 65 does contain allegations that require a response,

5  Yahoo! is without knowledge or information sufficient to form a belief as to the truth

6  of the allegations of paragraph 65 of the SAC, and on that basis, denies the truth of

7  each and every such allegation contained therein.

8       66.    Responding to paragraph 66 of the SAC, Yahoo! submits that said

9  paragraph contains no charging allegations that need to be admitted or denied.  To the

10  extent, however, that paragraph 66 does contain allegations that require a response,

11  Yahoo! is without knowledge or information sufficient to form a belief as to the truth

12  of the allegations of paragraph 66 of the SAC, and on that basis, denies the truth of

13  each and every such allegation contained therein.

14       67.    Responding to paragraph 67 of the SAC, Yahoo! submits that said

15  paragraph contains no charging allegations that need to be admitted or denied.  To the

16  extent, however, that paragraph 67 does contain allegations that require a response,

17  Yahoo! generally and specifically denies the truth of each and every allegation

18  contained in paragraph 67 of the SAC.

19       68.    Responding to paragraph 68 of the SAC, Yahoo! submits that said

20  paragraph contains no charging allegations that need to be admitted or denied.  To the

21  extent, however, that paragraph 68 does contain allegations that require a response,

22  Yahoo! generally and specifically denies the truth of each and every allegation

23  contained in paragraph 68 of the SAC.

24       69.    Responding to paragraph 69 of the SAC, Yahoo! admits that plaintiffs

25  claim that Yahoo! breached the covenant of good faith and fair dealing.  Except as so

26  expressly admitted, Yahoo! generally and specifically denies the truth of each and

27  every allegation contained in paragraph 69 of the SAC.

28

70.     Responding to paragraph 70 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 70 of the SAC.

## COUNT II

### (Restitution/Unjust Enrichment/Money Had and Received)

71.     Yahoo! repeats and repleads its responses to the preceding paragraphs as though set forth in full herein.

72.     Responding to paragraph 72 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 72 of the SAC.

73.     Responding to paragraph 73 of the SAC, Yahoo! generally and specifically denies the truth of the allegations of paragraph 73 of the SAC.

74.     Responding to paragraph 74 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 74 of the SAC.

75.     Responding to paragraph 75 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 75 of the SAC.

76.     Responding to paragraph 76 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 76 of the SAC.

77.     Responding to paragraph 77 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 77 of the SAC.

## COUNT III

### (Misrepresentation and Civil Conspiracy)

78.     Yahoo! repeats and repleads its responses to the preceding paragraphs as though set forth in full herein.

79.     Responding to paragraph 79 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 79 of the SAC.

80.     Responding to paragraph 80 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 80 of the SAC.

81.     Responding to paragraph 81 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 81 of the SAC.

82.     Responding to paragraph 82 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 82 of the SAC.

83.     Responding to paragraph 83 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 83 of the SAC.

84.     Responding to paragraph 84 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 84 of the SAC.

85.     Responding to paragraph 85 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 85 of the SAC.

86.     Responding to paragraph 86 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 86 of the SAC.

87.     Responding to paragraph 87 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 87 of the SAC.

## COUNT IV

### (Violations of Bus. & Prof. Code § 17200, *et seq.*)

88.   Yahoo! repeats and repleads its responses to the preceding paragraphs as though set forth in full herein.

89.   Responding to paragraph 89 of the SAC, Yahoo! generally and specifically denies that Plaintiffs have suffered injury in fact and lost money or that Yahoo! has engaged in unfair competition.  Yahoo! submits that said paragraph contains no additional charging allegations that need to be admitted or denied.  To the extent, however, that paragraph 89 does contain additional allegations that require a response, Yahoo! is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 89 of the SAC, and on that basis, denies the truth of each and every such allegation contained therein.

90.   Responding to paragraph 90 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 90 of the SAC.

91.   Responding to paragraph 91 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 91 of the SAC.

92.   Responding to paragraph 92 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 92 of the SAC.

93.   Responding to paragraph 93 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 93 of the SAC.

94.   Responding to paragraph 94 of the SAC, Yahoo! submits that said paragraph contains no charging allegations that need to be admitted or denied.

95.   Responding to paragraph 95 of the SAC, Yahoo! generally and specifically denies the truth of each and every allegation contained in paragraph 95 of

the SAC.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (FAILURE TO STATE A CLAIM FOR RELIEF)

1.     Plaintiffs' complaint, and each purported claim alleged therein, should be dismissed because they fail to state a claim upon wherein relief can be based.

### SECOND AFFIRMATIVE DEFENSE

#### (CLAIMS BARRED BY CONTRACT)

2.     Plaintiffs' complaint, and each purported cause of action alleged therein, should be dismissed because the Agreement Plaintiffs freely entered explicitly grants Yahoo! sole discretion with respect to ad placements and contains other provisions that expressly or impliedly bar plaintiffs' claims, in whole or in part.

### THIRD AFFIRMATIVE DEFENSE

#### (PROMISES ALLEGED WERE NOT MADE)

3.     Plaintiffs' alleged causes of action are barred because the alleged promises and representations upon which Plaintiffs' causes of action rely were never made to any or all of the named plaintiffs or purported class members.

### FOURTH AFFIRMATIVE DEFENSE

#### (CONTRACTUAL DAMAGES LIMITATION)

4.     Plaintiffs' purported claim for damages is barred by the provisions of the Agreement limiting Plaintiffs' recovery to the amount paid for placement of search listings within the sixty (60) days prior to the filing of the complaint.

### FIFTH AFFIRMATIVE DEFENSE

#### (WAIVER AND ESTOPPEL)

5.     Plaintiffs' alleged causes of action are barred by the doctrines of waiver and estoppel.

\\\
\\\

1
2

## SIXTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

3       6.     Plaintiffs' alleged causes of action are barred by the applicable statutes of
4  limitations, including but not limited to California Code of Civil Procedure Section
5  337 (breach of contract); California Code of Civil Procedure Section 339 (restitution,
6  unjust enrichment, money had and received); California Code of Civil Procedure
7  Section 338(d) (misrepresentation); California Business & Professions Code Section
8  17208 (Unfair Business Practices).

9

## SEVENTH AFFIRMATIVE DEFENSE
### (FULL DISCLOSURE/CONSENT)

11      7.     Plaintiffs' alleged causes of action are barred because the conduct
12  complained of was fully disclosed in the Agreement to which Plaintiffs freely
13  consented.

14

## EIGHTH AFFIRMATIVE DEFENSE
### (ASSUMPTION OF RISK)

16      8.     Assuming with out conceding that the SAC states a claim, Plaintiffs' and
17  the putative class' claims are barred by the doctrine of assumption of risk.

18

## NINTH AFFIRMATIVE DEFENSE
### (CONDUCT OF THIRD PARTIES)

20      9.     Assuming without conceding that the SAC states a claim, any damages
21  caused to Plaintiffs were caused by third parties.

22

## TENTH AFFIRMATIVE DEFENSE
### (INDEMNIFICATION)

24      10.    Assuming without conceding that the SAC states a claim, Yahoo! is
25  entitled to indemnification from third parties who caused Plaintiffs' damages, if any.

26  \\\
27  \\\
28  \\\

1  **ELEVENTH AFFIRMATIVE DEFENSE**

2  (COMPLIANCE WITH THE LAW)

3      11.   Plaintiffs' alleged causes of action are barred because Yahoo! at all times

4  acted in compliance with the law and in accordance with the Agreement between the

5  parties.

6  **TWELFTH AFFIRMATIVE DEFENSE**

7  (LACHES)

8      12.   Plaintiffs' alleged causes of action are barred by the doctrine of laches.

9  **THIRTEENTH AFFIRMATIVE DEFENSE**

10  (IMPROPER CLASS ACTION)

11      13.   Plaintiffs are barred from pursuing their alleged claims as a class action

12  because the SAC fails to meet the requirements of Fed.R.Civ.P. 23.

13  **FOURTEENTH AFFIRMATIVE DEFENSE**

14  (WAIVER OF CLASS ACTION)

15      14.   Plaintiffs have expressly waived the right to pursue their alleged claims

16  together, as a class action, or in combination with claims of other parties.

17  **FIFTEENTH AFFIRMATIVE DEFENSE**

18  (UNCLEAN HANDS)

19      15.   Assuming without conceding that the SAC states a claim, Plaintiffs and

20  the putative plaintiff class' claims are barred, in whole or in part, by the doctrine of

21  unclean hands.

22  **SIXTEENTH AFFIRMATIVE DEFENSE**

23  (FAILURE OF CONDITION PRECEDENT)

24      16.   Plaintiffs' alleged causes of action are barred because of Plaintiffs'

25  failure to provide notice of their claim within the time and in the manner specified in

26  the Agreement.

27  \\\

28  \\\

17

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

2

### (CLAIMS BARRED BY CONTRACT LANGUAGE)

3      17.    Plaintiffs' alleged causes of action are barred because the conduct

4  complained of was not prohibited by the terms of the Agreement Plaintiffs' freely

5  entered into with Yahoo!.

6

## EIGHTEENTH AFFIRMATIVE DEFENSE

7

### (FAILURE TO MITIGATE)

8      18.    Assuming without conceding that the SAC states a claim, Plaintiffs and

9  the putative class have failed to mitigate their damages, if any.

10

## NINETEENTH AFFIRMATIVE DEFENSE

11

### (PRACTICES NOT UNLAWFUL)

12      19.    Plaintiffs' alleged causes of action are barred because the conduct

13  complained of was not unlawful.

14

## TWENTIETH AFFIRMATIVE DEFENSE

15

### (PRACTICES NOT FRAUDULENT)

16      20.    Plaintiffs' alleged causes of action are barred because the conduct

17  complained of was not fraudulent.

18

## TWENTY-FIRST AFFIRMATIVE DEFENSE

19

### (PRACTICES NOT UNFAIR)

20      21.    Plaintiffs' alleged causes of action are barred because the conduct

21  complained of was not unfair.

22

## TWENTY-SECOND AFFIRMATIVE DEFENSE

23

### (AVAILABLE ALTERNATIVES)

24      22.    Plaintiffs' alleged causes of action are barred because Plaintiffs had

25  reasonably available alternatives to utilizing Yahoo!'s services.

26  \\\

27  \\\

28  \\\

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (BUSINESS JUSTIFICATION RULE)

23.    Plaintiffs' alleged causes of action are barred because Yahoo! had valid reasons, justifications and motives for acting in the manner it did.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (LACK OF DECEPTION)

24.    Plaintiffs' alleged causes of action are barred because the conduct complained of was not likely to mislead anyone.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (LACK OF INTENT)

25.    Plaintiffs' alleged causes of action are barred because Yahoo! never intentionally misrepresented its products.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (LACK OF REASONABLE RELIANCE)

26.    Plaintiffs' alleged causes of action are barred because Plaintiffs did not reasonably rely on Yahoo!'s alleged misrepresentations.

### **PRAYER FOR RELIEF**

Wherefore, Yahoo! prays for judgment as follows:

(a)    That certification of this case as a class action be denied;

(b)    That Plaintiffs take nothing on account of their complaint;

(c)    That Yahoo! be awarded its reasonable attorneys' fees;

(d)    That Yahoo! be awarded its costs of suit; and

(e)    For such other and further relief as the Court may deem just and equitable.

Dated:  May 5, 2008

By:_____/s/_____

Dennis Wilson
KEATS McFARLAND & WILSON LLP
Attorneys for Yahoo! Inc.
and Overture Services, Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>DECLARATION OF SERVICE BY MAIL</u>

### *In Re Yahoo! Litigation*

### U.S.D.C., Central Dist. of California, Case No.:  CV-06-2737 CAS (FMOx)

I, the undersigned, say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding.  My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned hereinbelow was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service.  In the ordinary course of business, any materials for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service.

On May 5, 2008, I served the within:

### ANSWER OF YAHOO! INC. AND OVERTURE SERVICES, INC. TO CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINT

upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

BY MAIL: I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on May 5, 2008, at Beverly Hills, California.

_____
TANYA GLOVER

1

# SERVICE LIST

Jonathan Shub, Esq.
Seeger Weiss LLP
1515 Market Street, Ste. 1380
Philadelphia, PA 19102
Tel:    (215) 564-2300
Fax:    (215) 851-8029
jshub@seegerweiss.com
**Co-Counsel for Plaintiffs**

Oren Giskan, Esq.
Giskan Solotaroff & Anderson LLP
11 Broadway, Suite 2150
New York, New York 10004
Tel:    (212) 847-8315
Fax:    (212) 473-8096
ogiskan@gslawny.com
**Co-Counsel for Plaintiffs**

Marc Edelson, Esq.
Edelson & Associates
45 West Court Street
Doylestown, PA 18901
Tel:    (215) 230-8043
Fax:    (215) 230-8735
medelson@hofedlaw.com
**Co-Counsel for Plaintiffs**

Alan M. Feldman, Esq.
Thomas More Marrone, Esq.
Feldman, Shepherd, Wohlgelernter & Tanner
25th Floor, 1845 Walnut Street
Philadelphia, PA 19103
Tel:    (215) 567-8300
Fax:    (215) 567-8333
afeldman@feldmanshepherd.com
tmarrone@feldmanshepherd.com
**Co-Counsel for Plaintiffs**

Lisa J. Rodriguez, Esq.
Donna Siegel Moffa, Esq.
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
Tel:    (856) 795-9002
Fax:    (856) 795-9887
lisa@trrlaw.com
donna@trrlaw.com
**Co-Counsel for Plaintiffs**

2