Michael J. Boni (pro hac vice)
Joshua D. Snyder (pro hac vice)
BONI & ZACK, LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610/822.0200
Facsimile: 610/822.0206

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In Re Yahoo! Litigation | Case No.: CV 06-2737 CAS (FMOx) |
| --- | --- |
| | **NOTICE OF SETTLEMENT IN PRINCIPLE AND STIPULATION REGARDING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | Honorable Christina A. Snyder |

Plaintiffs and Defendants, through their respective counsel of record, hereby stipulate and agree as follows:

### RECITALS

A. Whereas, the parties have been engaged in settlement discussions, and following a mediation before the Honorable Gary L. Taylor, have agreed in principle to settle the above-captioned class action litigation;

B. Whereas, the parties are drafting a settlement agreement, proposed forms of notice, and other settlement documents;

C. Whereas, the parties expect that on or before August 3, 2009, Plaintiffs will file a Motion for Preliminary Settlement Approval seeking an order preliminarily approving the proposed class action settlement, provisionally certifying a class for settlement purposes pursuant to Rule 23 of the Federal Rules of Civil Procedure, approving proposed forms and methods of notice to the settlement class, and scheduling a hearing on final settlement approval and an application for plaintiffs' attorneys' fees and expenses and for incentive awards to the named plaintiffs;

D. Whereas, Plaintiffs' Motion for Class Certification ("Motion") (Dkt. No. 95) is pending before the Court;

E. Whereas, the deadline for Plaintiffs' Reply in support of their Motion is July 1, 2009, the deadline for the parties' exchange of exhibit lists and pre-marked exhibits for the hearing on Plaintiffs' Motion is July 20, 2009, and the hearing on Plaintiffs' Motion is set for August 3, 2009 at 10:00 a.m.; and

F. Whereas, in light of the settlement in principle, the parties agree that vacating the foregoing deadlines related to the Motion and canceling the hearing on the Motion will conserve the resources of the parties, encourage efficiency, and promote judicial economy.

///

///

## STIPULATION

Based on the foregoing recitals, Plaintiffs and Defendants hereby stipulate and agree to: (1) vacate the deadlines for Plaintiffs' filing of their Reply in support of the Motion and the parties' exchange of exhibit lists and pre-marked exhibits for the hearing on Plaintiffs' Motion; (2) cancel the hearing on Plaintiffs' Motion; and (3) vacate all other dates currently on calendar.

**IT IS SO STIPULATED.**

Dated: 6/24/2009

KEATS McFARLAND
& WILSON LLP

_____
DENNIS WILSON, ESQ.
Attorney for Defendants

Dated: 6/25/2009

BONI & ZACK LLC

_____
MICHAEL J. BONI, ESQ.
JOSHUA D. SNYDER, ESQ.

Michael Donovan, Esq.
DONOVAN SEARLES, LLC
Attorneys for Plaintiffs