FILED
CLERK, U.S. DISTRICT COURT

NOV - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In Re Yahoo! Litigation | Case No.: CV 06-2737 CAS<br><br>**OBJECTION TO SETTLEMENT**<br><br>Honorable Christina A. Snyder |

Dated this November 5, 2009
_____

Alexander Bagne
3286 Stockholm Road
Shaker Heights, OH 44120

*i*

Objection to Settlement - 1

Alexander Bagne hereby declares the following:

1. I am a class member in the aforementioned suit and advertised with Yahoo! using its pay-per-click search advertising services. My business, DataFormatters, offered services to format data and was dependent upon Internet marketing. However, Yahoo! squandered my marketing budget by advertising my website on bulk registration sites with little or no hope of being viewed by potential clients. Due to lack of exposure, I closed the site and the business.

2. The settlement monies paid to the named class representatives are grossly disproportionate to the non-named class recoveries. For the non-named class recoveries, the settlement benefits amount to mere policy changes on behalf of Yahoo!, which may or may not have occurred as a result of this litigation.

3. The attorney fees are high for the class recovery. Except for the named representatives, it appears that virtually all monies go to the attorneys.

4. I do not know my Yahoo! Ads Client ID number. A search on the www.inreyahoosettlement.com website and Yahoo! provided no insight as how to obtain it, nor was it provided on the Notice of Class Action Settlement letter. I do not intend to appear at the Final Approval Hearing.

*Alexander Bagne*

Alexander Bagne
3286 Stockholm Road
Shaker Heights, OH 44120

Objection to Settlement - 2