John W. Davis (CA Bar 200113)
john@johnwdavis.com
LAW OFFICE OF JOHN W. DAVIS
501 W. Broadway, Suite 800
San Diego, CA  92101
Phone:  619.400.4870
Fax:  619.342.7170

Counsel for O.E. Express, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In Re Yahoo! Litigation | **CASE NO. CV 06-2737 CAS (FMOx)**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOHN METZGER RE CLASS MEMBER STATUS OF O.E. EXPRESS, INC.**<br><br>Hearing Date: January 11, 2010<br>Time:          10:00 a.m.<br>Judge:        Hon. Christina A. Snyder<br>Room:        5 – Second Floor |

I, John Metzger, affirm the following:

1.     I have personal knowledge of all facts set forth herein.  If called to testify, I could and would competently testify thereto.

2.     I am a shareholder with a controlling interest in O.E. Express Inc., a California corporation, and am authorized to make this declaration on its behalf.

3.     This declaration confirms and verifies that O.E. Express, Inc. ("OEX") is a class member in the above-captioned case.  OEX purchased pay-per-click text

DECLARATION OF JOHN METZGER

Case No. CV 06-2737 CAS

advertising in the U.S. market between May 1, 2000 and September 22, 2009.

4.      OEX's principal place of business is located at 2158 Avenida de la Playa, San Diego, CA 92037.   OEX objects to disclosing its client identification number in a public document due to security concerns.  However, OEX has provided this number to its counsel who will make it available upon a showing of good cause.

5.      My attorney in this matter is John William Davis, 501 W. Broadway, Suite 800, San Diego, California 92101.  Please contact me only through counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct , and that this declaration was executed this ___ day of November, 2009 in San Diego, California

_____
John Metzger

DECLARATION OF JOHN METZGER

Case No. CV 06-2737 CAS