Larry W. McFarland (Bar No. 129668)
Dennis Wilson (Bar No. 155407)
David K. Caplan (Bar No. 181174)
Christopher T. Varas (Bar No. 257080)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Emails:    lmcfarland@kmwlaw.com
           dwilson@kmwlaw.com
           dcaplan@kmwlaw.com
           cvaras@kmwlaw.com

Attorneys for Defendants
Yahoo! Inc. and Overture Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| In re Yahoo! Litigation | Master File No.: CV 06-2737 CAS (FMOx) |
|---|---|
| | **DECLARATION OF ERIN SHEEDY-OWEN** |
| This Document Relates To All Actions | |

I, Erin Sheedy-Owen, declare:

1. I am employed by Yahoo! Inc. ("Yahoo!"). My current title is Senior Director working on Sponsored Search Business Management. I have been employed by Yahoo! since January 1, 2004. Prior to that time, I was employed by Overture Services, Inc. ("Overture"). I have supervisory responsibility for the supply side of Yahoo!'s Sponsored Search business. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. Prior to the settlement of this case, Yahoo!'s Sponsored Search product did not provide advertisers the ability to control whether their advertisements would appear on Yahoo!'s partner network. Advertisers were not provided tools to limit the distribution of their advertisement to sites owned and operated by Yahoo!, or other premium sites.

3. While Yahoo!'s competitors have offered such a feature, Yahoo! made a business choice not to change its Sponsored Search product to offer advertisers a distribution control tool. Yahoo!'s advertisers have requested that Yahoo! change its product and provide distribution control tools for their advertising campaigns. In fact, over the past five years, Yahoo! advertisers' most requested change to Yahoo!'s Sponsored Search product was for Yahoo! to provide distribution control features. Over that period of time, Yahoo! elected to provide geo-targeting tools and domain blocking tools, but did not provide a feature to control distribution of ads on the partner network.

4. While Yahoo! denied any wrongdoing in this case, Yahoo! has agreed to offer distribution controls and enhanced disclosures as outlined in the Settlement Agreement in exchange for the releases provided by the Settlement Agreement. The creation and implementation of a distribution control feature is a considerable technological change to Yahoo!'s Sponsored Search platform. This change requires

1  fundamental modifications to Yahoo!'s Sponsored Search product, and a significant
2  dedication of resources to accomplish.

3      5.    Also in exchange for the releases provided by the Settlement Agreement,
4  Yahoo! agreed to modify its existing click investigation request tool to allow
5  advertisers to submit questions or request investigations regarding Yahoo! Ad
6  Partners and Subsyndicators. The modification will include adding language to the
7  Traffic Quality section of Yahoo!'s website notifying Yahoo! Ads customers that they
8  can request investigations of partners, and the addition of an appropriate issue button
9  and appropriate text fields to the Yahoo! website page on which Yahoo! Ads
10 customers can currently request click investigations.

11     6.    Since the settlement of this action and announcement of the terms to
12 Yahoo! advertisers, Yahoo! has conducted meetings with advertisers to discuss the
13 distribution control feature contemplated in the settlement agreement. During those
14 meetings, advertisers have communicated their continuing interest in and anticipation
15 for the launch of the distribution control feature, and have indicated that such launch
16 would be of significant benefit.

17 I declare under penalty of perjury under the laws of the United States of
18 America that the foregoing is true and correct.

20 Executed this 21st day of December 2009, at Burbank, California.

ERIN SHEEDY-OWEN

# DECLARATION OF SERVICE BY MAIL
### *In Re Yahoo! Litigation.*
### U.S.D.C., Central Dist. of California, Case No.: CV-06-2737 CAS (FMOx)

I, the undersigned say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service, postage prepaid.

On December 22, 2009, I served the following document(s):

1. **DEFENDANT YAHOO!, INC.'S AND OVERTURE SERVICES, INC. DECLARATION OF JAIESH KHAVANI**

upon counsel and interested parties named below by placing a true and correct copy thereof in an envelope addressed as follows:

**SEE SERVICE LIST ATTACHED**

**BY E-MAIL:** I sent said document via electronic transmission from my computer to counsel and/or interested parties whose electronic mail addresses are listed on the service list attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2009, at Beverly Hills, California.

_/s/ Mercede Guillory_
Mercede Guillory

# DECLARATION OF SERVICE BY MAIL
*In Re Yahoo! Litigation.*
U.S.D.C., Central Dist. of California, Case No.:  CV-06-2737 CAS (FMOx)

## SERVICE LIST

| | |
|---|---|
| **By E-Mail:**<br>Michael J. Boni, Esq.<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>mboni@kohnswift.com<br>**Co-Counsel for Plaintiffs** | Michael D. Donovan, Esq.<br>Donovan Searles, LLC<br>1845 Walnut Street, Suite 1100<br>Philadephia, PA 19103<br>mdonovan@donovansearles.com<br>**Co-Counsel for Plaintiffs** |
| John W. Davis, Esq.<br>Law Office of John W. Davis<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>john@johnwdavis.com<br>**Counsel for Objector**<br>**O.E. Express, Inc.** | Steven F. Helfand, Esq.<br>Helfand Law Offices<br>582 Market Street, Suite 1400<br>San Francisco, CA 94101<br>steven@stevenhelfand.com<br>**Counsel for Objector**<br>**O.E. Express, Inc.** |
| Steve A. Miller, Esq.<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>sampc01@gmail.com<br>**Counsel for Objectors**<br>**LightTheNations.com,**<br>**ChaseandSam.com and**<br>**Digital Playroom, Inc.** | Anthony Valach, Esq.<br>The Law Offices of Daniel Harris<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>lawofficedh@yahoo.com<br>**Counsel for Objector Daniel Harris**<br>**d/b/a The Law Offices of Daniel Harris** |
| Barbara J. Mandell, Esq.<br>Mandell &  Associates, PC<br>6303 Owensmouth Ave., 10th Flr.<br>Woodland Hills, CA 91367<br>barbara@mandellfirm.com<br>**Counsel for Objector**<br>**Class Member Miles Technologies, Inc.** | Daniel D. Haggerty, Esq.<br>Weir & Partners LLP<br>The Widener Building<br>1339 Chestnut Street, 5th Flr.<br>Philadelphia, PA 19107<br>dhaggerty@weirpartners.com<br>**Counsel for Objector**<br>**Class Member Miles Technologies, Inc.** |
| Theodore H. Frank, Esq. | Ms. Sandra Pavelik<br>P.O. Box 54 |

| | |
|---|---|
| Center for Class Action Fairness<br>1718 M Street NW<br>No. 23-6<br>Washington, DC 20036<br>tedfrank@gmail.com<br>**Counsel for Objector**<br>**Eric Turkewitz** | Katamatite, Victoria 3649 Australia<br>and<br>1-5 Cemetery Road<br>Katamatite, Victoria 3649 Australia<br>**Objector** |
| Mr. Randal S. Ford<br>P.O. Box 20468<br>Tuscaloosa, AL 35402<br>and<br>2330 University Blvd., Suite 505<br>Tuscaloosa, AL 35401<br>attorney@randalsford.com<br>lawyerford@bellsouth.net<br>**Objector** | Mr. James Owen<br>518 East Tyler Street<br>Athens, TX 75751<br>Tel.:  (903) 677-5333<br>Fax:  (903) 677-3657<br>**Objector** |
| Mr. Alexander Bagne<br>3286 Stockholm Road<br>Shaker Heights, OH 44120<br>**Objector** | Mr. Dennis Barba<br>8699 Chase Drive<br>Chagrin Falls, OH 44023<br>Tel.:  (216) 287-3029<br>**Objector** |