Larry W. McFarland (Bar No. 129668)
Dennis Wilson (Bar No. 155407)
David K. Caplan (Bar No. 181174)
Christopher T. Varas (Bar No. 257080)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Emails:    lmcfarland@kmwlaw.com
           dwilson@kmwlaw.com
           dcaplan@kmwlaw.com
           cvaras@kmwlaw.com

Attorneys for Defendants
Yahoo! Inc. and Overture Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re Yahoo! Litigation<br><br>This Document Relates To All Actions | Master File No.: CV 06-2737 CAS (FMOx)<br><br>**DECLARATION OF JAIESH KHAVANI** |

I, Jaiesh Khavani, declare:

1. I am employed by Yahoo! Inc. ("Yahoo!"). My current title is Technical Yahoo! Software Development Engineer. I have been employed by Yahoo! since October 2006. My responsibilities at Yahoo! include the review and provision of data related to accounts of advertisers who utilize Yahoo!'s pay-per-click text advertising. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. Yahoo! used its best efforts to compile a complete and accurate list of the electronic mail ("email") addresses and physical mailing addresses, if any, that Class Persons provided to Yahoo! in connection with their accounts for pay-per-click text advertising offered by Yahoo! ("Yahoo! Ads").

3. On or about October 8, 2009, I compiled a list of the email addresses in Yahoo!'s electronic records that Class Persons supplied to Yahoo! in connection with their Yahoo! Ads accounts, as that data is maintained in Yahoo!'s ordinary course of business.

4. On or about October 8, 2009, I compiled a list of the physical mailing addresses, if any, in Yahoo!'s electronic records that Class Persons supplied to Yahoo! in connection with their Yahoo! Ads accounts, as that data is maintained in Yahoo!'s ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of December 2009, at Burbank, California.

_____
JAIESH KHAVANI

# DECLARATION OF SERVICE BY MAIL
*In Re Yahoo! Litigation.*
U.S.D.C., Central Dist. of California, Case No.: CV-06-2737 CAS (FMOx)

I, the undersigned say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service, postage prepaid.

On December 22, 2009, I served the following document(s):

1. **DEFENDANT YAHOO!, INC.'S AND OVERTURE SERVICES, INC. DECLARATION OF ERIN SHEEDY-OWEN**

upon counsel and interested parties named below by placing a true and correct copy thereof in an envelope addressed as follows:

**SEE SERVICE LIST ATTACHED**

**BY E-MAIL:** I sent said document via electronic transmission from my computer to counsel and/or interested parties whose electronic mail addresses are listed on the service list attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2009, at Beverly Hills, California.

_____
Mercede Guillory

**DECLARATION OF SERVICE BY MAIL**
*In Re Yahoo! Litigation.*
U.S.D.C., Central Dist. of California, Case No.:  CV-06-2737 CAS (FMOx)

**SERVICE LIST**

| | |
|---|---|
| **By E-Mail:**<br>Michael J. Boni, Esq.<br>Kohn, Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>mboni@kohnswift.com<br>**Co-Counsel for Plaintiffs** | Michael D. Donovan, Esq.<br>Donovan Searles, LLC<br>1845 Walnut Street, Suite 1100<br>Philadephia, PA 19103<br>mdonovan@donovansearles.com<br>**Co-Counsel for Plaintiffs** |
| John W. Davis, Esq.<br>Law Office of John W. Davis<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>john@johnwdavis.com<br>**Counsel for Objector**<br>**O.E. Express, Inc.** | Steven F. Helfand, Esq.<br>Helfand Law Offices<br>582 Market Street, Suite 1400<br>San Francisco, CA 94101<br>steven@stevenhelfand.com<br>**Counsel for Objector**<br>**O.E. Express, Inc.** |
| Steve A. Miller, Esq.<br>Steve A. Miller, PC<br>1625 Larimer Street, No. 2905<br>Denver, CO 80202<br>sampc01@gmail.com<br>**Counsel for Objectors**<br>**LightTheNations.com,**<br>**ChaseandSam.com and**<br>**Digital Playroom, Inc.** | Anthony Valach, Esq.<br>The Law Offices of Daniel Harris<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>lawofficedh@yahoo.com<br>**Counsel for Objector Daniel Harris**<br>**d/b/a The Law Offices of Daniel Harris** |
| Barbara J. Mandell, Esq.<br>Mandell &  Associates, PC<br>6303 Owensmouth Ave., 10th Flr.<br>Woodland Hills, CA 91367<br>barbara@mandellfirm.com<br>**Counsel for Objector**<br>**Class Member Miles Technologies, Inc.** | Daniel D. Haggerty, Esq.<br>Weir & Partners LLP<br>The Widener Building<br>1339 Chestnut Street, 5th Flr.<br>Philadelphia, PA 19107<br>dhaggerty@weirpartners.com<br>**Counsel for Objector**<br>**Class Member Miles Technologies, Inc.** |
| Theodore H. Frank, Esq. | Ms. Sandra Pavelik<br>P.O. Box 54 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Center for Class Action Fairness<br>1718 M Street NW<br>No. 23-6<br>Washington, DC 20036<br>tedfrank@gmail.com<br>**Counsel for Objector**<br>**Eric Turkewitz** | Katamatite, Victoria 3649 Australia<br>and<br>1-5 Cemetery Road<br>Katamatite, Victoria 3649 Australia<br>**Objector** |
| 6<br>7<br>8<br>9<br>10<br>11 | Mr. Randal S. Ford<br>P.O. Box 20468<br>Tuscaloosa, AL 35402<br>and<br>2330 University Blvd., Suite 505<br>Tuscaloosa, AL 35401<br>attorney@randalsford.com<br>lawyerford@bellsouth.net<br>**Objector** | Mr. James Owen<br>518 East Tyler Street<br>Athens, TX 75751<br>Tel.:  (903) 677-5333<br>Fax:  (903) 677-3657<br>**Objector** |
| 12<br>13<br>14 | Mr. Alexander Bagne<br>3286 Stockholm Road<br>Shaker Heights, OH 44120<br>**Objector** | Mr. Dennis Barba<br>8699 Chase Drive<br>Chagrin Falls, OH 44023<br>Tel.:  (216) 287-3029<br>**Objector** |