Michael J. Boni (pro hac vice)
Joshua D. Snyder (pro hac vice)
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Telephone: 610/822.0200
Facsimile: 610/822.0206
mboni@bonizack.com
jsnyder@bonizack.com

Michael D. Donovan (pro hac vice)
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone: 215/732.6067
Facsimile: 215/732.8060
mdonovan@donovansearles.com

Plaintiffs' Co-Lead Counsel
(Additional Counsel Appear on
Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re Yahoo! Litigation | Case No.: CV 06-2737 CAS (FMOx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL SETTLEMENT APPROVAL** <br> **DATE: January 11, 2010** <br> **TIME:   10:00 a.m.** <br> **PLACE:  Courtroom 5** <br><br> Honorable Christina A. Snyder |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 11, 2010 at 10:00 a.m. in Courtroom 5 before the Honorable Christina A. Snyder, or as soon thereafter as the matter may be heard, Plaintiffs Crafts by Veronica, Mika's Wedding, and True Communication, Inc. d/b/a Metrodate.com will make this motion for final approval of the settlement set forth in the Settlement Agreement between Plaintiffs and Defendants Yahoo!, Inc. and Overture Services, Inc.  This motion is based on this notice of motion and motion, the memorandum of points and authorities, the Declarations of Michael J. Boni, Michael D. Donovan, and Theresa A. Collins and the exhibits thereto, filed concurrently herewith, all other pleadings and matters of record, and such additional evidence or argument as may be presented to the Court.

Respectfully submitted,

Dated:  December 22, 2009

_____/s/_____
Michael J. Boni
Joshua D. Snyder
**BONI & ZACK LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
(610) 822-0200

Michael D. Donovan
**DONOVAN SEARLES, LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
(215) 732-6067

**Co-Lead Counsel for Plaintiffs**

2

| | |
|---|---|
| 1 | Paul R. Kiesel |
| 2 | **KIESEL, BOUCHER & LARSON** |
| 3 | 8648 Wilshire Blvd. |
| 4 | Beverly Hills, CA 90211 |
|   | (310) 854-4444 |
| 5 | **Liaison Counsel for Plaintiffs** |