JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| In Re Yahoo! Litigation | Case No.: CV 06-2737 CAS (FMOx) <br><br> [~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL <br><br> Honorable Christina A. Snyder |

This matter is before the Court pursuant to the motion for final class certification and final approval of a proposed class action settlement of the above-captioned case (the "Action") entered into between, on the one hand, Plaintiffs Crafts by Veronica, Mika's Wedding, and True Communication, Inc. d/b/a Metrodate.com ("Class Representatives"), and, on the other hand, defendant Yahoo! Inc. ("Yahoo!"). Plaintiffs, through Class Counsel, have moved for an Order approving the settlement of the Action in accordance with a Settlement Agreement dated September 16, 2009 between Plaintiffs and Yahoo! (the "Settlement Agreement"). Having read and considered the Settlement Agreement and having held a hearing on the fairness of the proposed settlement, at which objectors to the Settlement could appear, and based upon familiarity with the files and proceedings in this matter, the Court finds that:

1. Unless otherwise specified, all capitalized terms herein that are defined terms in the Settlement Agreement shall have the same meaning as in the Settlement Agreement.

Case 2:06-cv-02737-CAS -FMO   Document 226   Filed 01/15/10   Page 2 of 11   Page ID
 #:2736
Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 2 of 11

2. The Court preliminarily approved the Settlement Agreement by Order of September 22, 2009 (the "Preliminary Approval Order").

3. Notice of the proposed settlement has been timely disseminated in accordance with the terms of the Preliminary Approval Order, which authorized such notice. Such notice is the best practicable notice to be provided under the circumstances and satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and applicable standards of due process.

4. The notice given to the Attorney General of the United States and the Attorneys General of the fifty States and the District of Columbia satisfied the notice requirements of 28 U.S.C. § 1715(b).

5. The issues as to liability and remedies in the Action are issues as to which there are substantial grounds for difference of opinion, and the proposed settlement of the Action constitutes a resolution of those issues that is fair, reasonable and adequate to the Class certified herein.

Accordingly, it is hereby **ORDERED** as follows:

6. The Settlement Agreement is approved as fair, reasonable and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure and in the best interest of the Class, and the parties are directed to consummate the Settlement Agreement in accordance with its terms.

7. The following Class, provisionally certified in the Preliminary Settlement Approval Order dated September 22, 2009, is now finally certified for purposes of the Settlement only:

> **All Persons that purchased, directly or indirectly, Yahoo! Ads in the U.S. Marketplace from May 1, 2000, through and including the date the Court granted preliminary approval of the Agreement.**

8. The Court finds that (a) the Class is so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims of Class Representatives are typical of the claims of all Class

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 3 of 11

Members; (d) Class Representatives and Class Counsel have fairly and adequately protected and will fairly and adequately protect the interests of the Class; (e) common questions of law and fact predominate over questions affecting only individual Class Members; and (f) a class action is superior to other available methods for the fair and efficient adjudication of this controversy.

9. The Action and all claims contained therein, as well as all of the Released Claims, are dismissed with prejudice as to the Class Representatives and all Class Members and as against Yahoo!. There is no just reason for delay and the judgment of dismissal with prejudice as to Yahoo! shall be final.

10. Upon the Effective Date and thereafter, the Class Representatives and Class Members shall, pursuant to this Final Judgment and Order of Dismissal, release and forever discharge, and shall forever be enjoined from filing, commencing, prosecuting, intervening in, participating in, assisting or otherwise facilitating any and all Released Claims against Yahoo! in any court or forum whatsoever.

11. The Settlement Agreement and any proceedings taken pursuant thereto are not, and should not in any event be: (a) offered or received as evidence of a presumption, concession or admission on the part of any of Plaintiffs, Yahoo!, any Class Person, or any other person; or (b) offered or received as evidence of a presumption, concession or admission by any person of any liability, fault, wrongdoing or other dereliction of duty.

12. Consummation of the Settlement shall proceed as described in the Settlement Agreement, and the Court hereby reserves jurisdiction over the subject matter and as to each party to the Settlement Agreement with respect to the interpretation and implementation of the Settlement Agreement for all purposes, including enforcement of any of the terms thereof at the instance of any party and resolution of any disputes that may arise relating in any way to, or arising from, the implementation of the Settlement Agreement or the implementation of this Order.

13. Attached hereto is a list of Persons who timely excluded themselves from the Settlement. Those Persons are not bound by any terms in this Order.

14. Attorneys' fees and reimbursement of expenses to Class Counsel in the total amount of $4,267,812.00 are hereby approved and awarded.

15. The Court approves service awards to the three Class Representatives, and each is awarded $10,000.

16. Within three (3) business days after the Effective Date, Yahoo! shall instruct PNC Bank or its successor (if any) to transfer the sum approved by the Court, plus all accrued interest, by wire transfer to the trust account of Boni & Zack LLC. Plaintiffs' Co-Lead Counsel shall distribute service awards in the amount approved by the Court in Paragraph 15 above to each of the Class Representatives and shall distribute the remainder of the monies plus all remaining accrued interest between or among plaintiffs' counsel, as Plaintiffs' Co-Lead Counsel shall determine in their sole discretion based on plaintiffs' counsel's relative contributions to the prosecution and settlement of this Action.

17. Pursuant to the terms hereof, final judgment shall be entered as provided herein.

18. Objector's request for the deposition of Erin Sheehy-Owen is denied.

Dated: 1/15/10

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

| Seq | Name | Company |
|---|---|---|
| 1 | ABDUL AL-JOHAR | N/A |
| 2 | ABDUL A HAZEEB | RAJAH HEALTHY ACRES |
| 3 | ADAM BAREA | GOOGLE INC. |
| 4 | ADAM BAREA | GOOGLE INC. |
| 5 | ADAM BAREA | GOOGLE INC. |
| 6 | ADAM BAREA | GOOGLE INC. |
| 7 | ADAM PACHECO | ADAM PACHECO |
| 8 | ADNAN BIN AHMAD | 4LOVE |
| 9 | ADRIAN AGHINITEI | SCRIPTYWEB |
| 10 | ALEX MARK | EVEREST INTERNET MARKETING LTD |
| 11 | ALEXANDRE TSIOUPER | ALEXANDRE TSIOUPER |
| 12 | ANDREW BARNA | PATCHWORK COMPANY |
| 13 | ANDREW HEARNE | NONE |
| 14 | ANGEL LOPEZ GANDIA | A GANDIA |
| 15 | ANGELA OZBUN | YEARLY FREEDOM/ OZBUN CANDLE SUPPLY |
| 16 | ANGELA OZBUN | YEARLY FREEDOM/ OZBUN CANDLE SUPPLY |
| 17 | ANGELO OLIMPIO | ANGELOOLIMPIOONLINE |
| 18 | ANN WRIXON | INDEPENDENT ADOPTION CENTER |
| 19 | ANNA RAFSTEDT | ANNA RAFSTEDT |
| 20 | ANNIE KRIKORIAN | MUSICIAN'S FRIEND, MUSIC & ARTS |
| 21 | ANTONIUS M. VAN WAARD | SAME AS ABOVE |
| 22 | ANTONY BRIAN JAMES | TRIBUTE TO THEM |
| 23 | AVICHAY NISSENBAUM | YEDDA INC. |
| 24 | BASIL SAMIH HIJAZI | BASIL SAMIH HIJAZI |
| 25 | BOGDAN PARSU | FSH |
| 26 | BONNIE GAIL LEWIS | ABIDING WORDS |
| 27 | BRETT CAMERON BLAIR | CHRISTIANGLOBE NETWORK - SERMONS.COM AND ESER |
| 28 | BRETT GALEN ZAMBOTTI | UNIQUE LAWN CARE |
| 29 | BRIAN LAMEIRA | SPACE AGE WATER FILTERS |
| 30 | CARLOS FLORES | BMQ, INC |
| 31 | CAROL SCHNEIDER | WAREHOUSE OPTIMIZATION |
| 32 | CAROL VICKERY | BY HUNDLEY |
| 33 | CHIRSTIAN ROY | STATION INIFINIWEB INC |
| 34 | CHRIS LEE WUETHRICH | EXECUTIVE DESK, INC |
| 35 | CHRISTINE FIELD HOWE | TINA HOWE COMMUNICATIONS DESIGN |
| 36 | CHRISTOPHER RIMINGTON | QO LABS |
| 37 | CINDY SPEYRER | SARICHIN ENTERPRISES |
| 38 | CLARENCE WILLIAMS | L&L ENTERPRISES |
| 39 | CODY HAYES | ARIZONA CENTER FOR DIVORCE EDUCATION |
| 40 | CONNIE ELISE PERRY | DOLLARSTITCH.COM |
| 41 | CRISTIAN VASILE BORZA | CRISTIAN VASILE BORZA |

Case 2:06-cv-02737-CAS-FMO (INDEPENDENT AFFILIATE DEFENDANTS Document 226-2) Filed 12/23/2009   Page 6 of 11

| #  | Name | Entity |
|----|------|--------|
| 42 | DANIEL DESGENS | NONE |
| 43 | DANIEL PIPPENGER | GLOBAL CASH FLOW NETWORK |
| 44 | DANIEL JOHN BRADBY | BRADBY CONSULTING P/L |
| 45 | DAVE NATHAN | DAVE NATHAN / NATHAN WEB MARKETING LLC |
| 46 | DAVID BALL | DAVID BALL |
| 47 | DAVID DIXON | WWW.TOADWARE.COM |
| 48 | DAVID MCNUTT | TX COUNTRY PC |
| 49 | DAVID LEE LONG | THE GIFT CONNECTION |
| 50 | DAVID RICHARD ALLEN | ALLEN AND ALLEN |
| 51 | DAWN LEAH WICKBERG | SHEMONEY OR SHEMONEYS |
| 52 | DEBORAH C COFFEE | DISCOVERY SERVICES, LLC |
| 53 | DIRENE ALLEN | NUCLEAR REGULATORY CONSULTING, LLC |
| 54 | DIRENE ALLEN | NUCLEAR REGULATORY CONSULTING, LLC |
| 55 | DOLORIS LAJOIE | MPR |
| 56 | DON REYNOLDS | DON REYNOLDS FUNDING |
| 57 | DON WILSON | DON THE DEV |
| 58 | DONNA URCIUOLI | AREARUGSBYDONNA.COM |
| 59 | DONNA M BALLMAN | DONNA M. BALLMAN, P.A. |
| 60 | DOUG EVERETT | PORT-A-COOL DISTRIBUTION |
| 61 | DOUGLAS WAYNE LEE | LEE ENTERPRISE |
| 62 | DOUGLAS WILLIAM ARMSTRONG JR. | D. ARMSTRONG AND COMPANY |
| 63 | DRAGOMIR TENEV | DRAGOMIR TENEV |
| 64 | EDITH LYNCH | DELWEB ADVERTISING LIMITED |
| 65 | EHUD ZEIGERSON | QUALITY INFORMATION SYSTEMS |
| 66 | ELINOR BAHITI | BEST ONLINE DEALS |
| 67 | ELLEN H LILIEDAHL | NO NAME |
| 68 | EMANUEL CALENOFF | ALLERGY THERAPY SOLUTIONS, INC. |
| 69 | EMILIANO M YERFINO | ECOTECH ENVIRONMENTAL CONSULTANTS |
| 70 | EMMETT EDWARD AHRENS | EACCELERATION CORP |
| 71 | EUGENE BAKER | N/A |
| 72 | FATIMAH ABDUL JALIL | FATIMAH ABDUL JALIL |
| 73 | FREDERICK EVAN JOSEPH | US RECORD SEARCH & INFORAMTION SERVICES INC |
| 74 | GAIL CHANTELLE HAMILTON | BLOSSOMING PARADISE IMPORTS |
| 75 | GANESAN RAMANATHAN IYER | I OBTAINED REFUND BY CANCELLING AD WITHIN 48H |
| 76 | GARY GROUT | THE COMPUTER MANAGER, INC. |
| 77 | GENE LEE | GOODIE CENTRAL |
| 78 | GEORGE DUNCAN | CLICKON-ME |
| 79 | GERALD A LEMIEUX | JERRLEM ENTERPRISES |
| 80 | GERHARD KRASSNIG | GERHARD KRASSNIG |
| 81 | GIL BYCZ | FJD |
| 82 | GOH WEY | WEI SIANG DESIGN CONSTRUCTION |

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 7 of 11

| # | Name | Entity |
|---|---|---|
| 83 | GRAHAM HIMMELHOCH-MUTTON ENTERPRISES | |
| 84 | GREG GUITERAS | LORRAINE TRAVEL, LLC |
| 85 | GREGORY A PEARSON | GLOBAL MARKETING RESOURCES, INC |
| 86 | HANS MICHAEL SEEFELDT | THE WEST COAST STORE |
| 87 | HEATHER MATTIONI-COLE | BEST OF ALL SHOPPING |
| 88 | HULYA YILDIRAN | INKORA BILGI TEKNOLOJILERI |
| 89 | IAN MATTHEWS | MAGNERS.US |
| 90 | IFA SYSTEMS AG | IFA SYSTEMS AG |
| 91 | IRENE LEE | E-WEB MARKETING |
| 92 | ISABEL MAYNE | MAYNE PUBLISHERS |
| 93 | ISRAEL TZADOK | LINOS ENTERPRISES |
| 94 | JACOB SWANKO | J JOHN SWANKO DBA J JOHN SWANKOGEMSTUDDEDNAIL |
| 95 | JAKE EISENBERG | QUICKNLAUNCH.COM |
| 96 | JAMES CHRISTIAN HAAHR | SAME |
| 97 | JAMES LEE VAN HORN | BLUEHORIZONS |
| 98 | JAMES WILLIAM POTENTIER | PRPOCLOCK.COM |
| 99 | JASON FORMICOLA | MOUNTAINVIEW WELLNESS GROUP |
| 100 | JASON LEWIS TERWILLIGER | THE SUNFLOWER GIFT SHOPPE |
| 101 | JEFF COOPER | UNIVERSITY SCHOOLS, INC |
| 102 | JEFF PEACOCK | MIDDLESEX DETECTOR SALES |
| 103 | JEFFREY DONALD RODGERS | JEFF-NET |
| 104 | JENNIFER LOWE | MAKE MONEY FAST |
| 105 | JENNY CHERVIAKOFF | YAR-D-ONE INTERNATIONAL |
| 106 | JERRY KENNARD | MEN4HEALTH.COM |
| 107 | JESSE ENG | SPIDERWEB SYSTEM |
| 108 | JIM FREEMAN | POUNCE |
| 109 | JOAN WELCH | HOPE REALTY |
| 110 | JOE CROWLEY | BARGIN-BARN |
| 111 | JOHN ARMISTEAD | ARMISTEAD TECHNOLOGIES, LLC. |
| 112 | JOHN HEALEY | SKEPTICS HEAVEN |
| 113 | JOHN SHOEMAKER | NOTARY ROTARY |
| 114 | JOHN SOSA | SEXXYCOUPLES.COM |
| 115 | JOHN WION | ASTRO HOST |
| 116 | JOHN ZITO | AUSSIE PET MOBILE - BORDENTOWN |
| 117 | JON KRABBE | THE DESIGN PEOPLE, INC. |
| 118 | JOSEPH CHEON | ECLUB, INC. |
| 119 | JOSEPH CROWLEY | BARGIN-BARN |
| 120 | JOSEPH DILLON | EQUITABLE MEDIATION SERVICES |
| 121 | JOSEPH MEYTRE | JOSEPH MEYTRE |
| 122 | JOSHUA SMOLIK | FANTASYFOOTBALL.BE |
| 123 | JUDITH MARIE HOWARD | MALL FOR ALL |
| 124 | KATHRYN LOUISE SCHAB | SLY PARADOX |
| 125 | KAYLEEN ROSE PUKALLUS | KAYSBIZ |
| 126 | KEN SAUNDERS | ARCADIA. VSTORESTUFF |

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 8 of 11

| # | Name | Business |
|---|---|---|
| 127 | KEVIN ALLEN BURKS | IRIDIUM TECHNOLOGIES, LLC |
| 128 | KEVIN MP RYAN | |
| 129 | KEVIN V DAVID | KEVADAVID.COM |
| 130 | KIM VOTRY | KIM VOTRY ENTERPRISES |
| 131 | KRIKOR KRIKORIAN | NOT AVAILABLE |
| 132 | KRISTIAN WHITAKER | WOFFLEYS.COM |
| 133 | KWOK SENG YIN | DOOCAA |
| 134 | KYNAN G MCELRATH | STADRI EMBLEMS INC |
| 135 | KYNAN G MCELRATH | PO BOX 777 |
| 136 | LACHEZAR POPOV | PUBLISHER |
| 137 | LAI CHIA YEE | LAI CHIA YEE |
| 138 | LAILA A. SHIHADA | LAILA SHIHADA |
| 139 | LATONYA PATRICIA PERSON | LATONYAPERSON |
| 140 | LAUREY TEDESCHI | VITAMIN WAGON |
| 141 | LEONG WENG KHIN | PRINSONIX |
| 142 | LIDIA PULSELLI | BELLALIDIA.COM |
| 143 | LINDA MAES | CALIBISHIE LODGES & DOMINICA'S SEA VIEW APART |
| 144 | LISA LOIS SHELFER | LS JEWELRY DESIGNS |
| 145 | LOUIS CARPENTIER | ULTIMATE SOFTWARE AND CONSULTING |
| 146 | LOW CHUAN JIE | LOW CHUAN JIE |
| 147 | LYDON OWEN SIPE | SIPE FAMILY ENTERPRISES |
| 148 | MACKENZIE BESTOLD | ULINE |
| 149 | MARA GERKE | ENERGY WELLNESS PRODUCTS |
| 150 | MARC BRAGHIROL | BUSINESS CONTACTS ONLINE |
| 151 | MARCIA WILLIAMS | MITOWN THERAPY |
| 152 | MARIVIC V FERNANDEZ | MVFENTERPRISE |
| 153 | MARK MILLER | MCM ENTERPRISES |
| 154 | MARK SUMMERS | THREEWIRE, INC |
| 155 | MARK E MIYASATO | ITCELLULAR |
| 156 | MARK EDWIN BRAMSON | US INSURANCE NET |
| 157 | MARY SMITH | OLIVER OF ADRIAN, INC. |
| 158 | MARY CATHERINE MCALLISTER | DILLYS BOUTIQUE |
| 159 | MARY CONSTANCE THOMSON | B&C THOMSON COMPANY |
| 160 | MATTHEW LATIMER | KIR/EVERYTATTOO |
| 161 | MATTHEW RYAN FURMAN | FURMAN INSURANCE SERVICES, LLC |
| 162 | MEL DRAGICEVIC | GAMMON VILLAGE INC. |
| 163 | MELANIE WHALLEY | TRADING AS MYSELF - MELANIE WHALLEY |
| 164 | MELVIN ALBERT MONTGOMERY | ESTOCKETC.COM |
| 165 | MERY PEREIRA | ELSOVERSEAS |
| 166 | MERYL LOBO | NONE |
| 167 | MIAN AHSAN | NOT REMEMBER |
| 168 | MIAN AHSAN | NOT |
| 169 | MICHAEL CONWAY | FAMILY PRODUCTS, LLC |
| 170 | MICHAEL DONAHOE | INTEGRITY BIBLES AND BOOKS |
| 171 | MICHAEL LAMMERS | MARYLHURST UNIVERSITY |

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 9 of 11

| # | Name | Business |
|---|---|---|
| 172 | MICHAEL MAGALSKY | |
| 173 | MICHAEL WING | HOW ABOUT THERE |
| 174 | MICHAEL J HAZARD | SPINNAKER PRESS |
| 175 | MICHAEL NICHOLAS SCIUTO | IMPACT INFO MARKETING |
| 176 | MICHAEL SCOTT ZUGG | ON-SITE SUPPLY CO |
| 177 | MICHEL CONDOROUSSIS | QUANTUM VENDING |
| 178 | MICHEL POULIN | ROBINSON SHEPPARD SHAPIRO |
| 179 | MICHELLE MARI BASS | BASKETS BY MICHELLE |
| 180 | MIODRAG MILOSAVLJEVIC | QULEBIZ |
| 181 | MIREILLE DION | MIREILLE DION |
| 182 | MUDDASSIR YAHYA RIZVI | MUDDASSIR RIZVI |
| 183 | MUHAMMAD MIRZA ABDULLAH | MUHAMMAD MIRZA ABDULLAH |
| 184 | MURNIATI HERRICK | 5 STAR PIXELS |
| 185 | NAGAPROD120609E S SURAPROD120609EXCLUSION | BUSINESSNAMEPROD120609EXCLUSION |
| 186 | NICHOLAS VOLZ | MADRUS WEBSITE NETWORK |
| 187 | NICOLAS DOLLO | SIAM JEWELRY |
| 188 | NICOLE YVONNE WILSON | FACEART |
| 189 | NIMA BAGHAEI | ET HEALING CLINIC |
| 190 | NINAD RAVINDRA AVASARE | NEURONTECH |
| 191 | OLAF CHOI | GANADATRANSLATIONS.COM |
| 192 | OLEG FEDOROV | OXYGEN SOFTWARE |
| 193 | OLEKSANDR BUZKO | BUZKO PHOTOGRAPHY |
| 194 | OLGA SAVCUK | ORVELAS UAB |
| 195 | OMKAR PANESAR | PCSTOP |
| 196 | ONG KIM KIAT | WWW.NOW2EARN.COM |
| 197 | ONG SIEW LIAN | LENA ONG SIEW LIAN |
| 198 | PAMELA HUTCHISON | LIFEAFTERKIDZ |
| 199 | PATRICK BENNY | TOKYO RECORD HUNTING SERVICE |
| 200 | PERRY NOVAK | SFIMG |
| 201 | PERRY NOVAK | JN |
| 202 | PERRY NOVAK | SFI |
| 203 | PHILIP WAYNE FRIEZE | YES WE CAN |
| 204 | PLAMEN VALKANOV | PLAMENV |
| 205 | QUAN TRAN | GAMEINSTOCK.COM |
| 206 | RAJIT RAVICHANDRAN | NEW ANN BERRYBUSH BUSINESS |
| 207 | RAMNISH GUPTA | RAMNISH GUPTA |
| 208 | RAYMOND JOHNSEN | RAYMOND JOHNSEN |
| 209 | REBECCA LARAYE KRAHLING | REBECCA LARAYE KRAHLING |
| 210 | RICHARD LEON DRAUCKER | LOOKUPBOOK PUBLISHING, INC. |
| 211 | RICHARD WARD CUSTER | CHRONOMETRY COMPANY INTERNATIONAL |
| 212 | ROBERT BAKER | MLI NETWORK LLC |
| 213 | ROBERT JOHNSTON | DISTANTSTAR PRODUCTIONS |
| 214 | ROBERT E WOISH | CLASS A RESUME |
| 215 | ROBERT JASON CHADWICK | RUSTY ZIPPER |
| 216 | ROBIN PARKER | INTRIGUE GIFT SHOP |

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 10 of 11

| # | Name | Business |
|---|------|----------|
| 217 | ROD GILCHRIST | PROMOTABLES, LLC |
| 218 | ROGER DICKERMAN | FANTASY FOOTBALL DRAFT CENTER |
| 219 | ROLF A. F. WITZSCHE | CYGNI COMMUNICATIONS LTD |
| 220 | RUSSEL SCHWARTZ | RUSSEL RECOMMENDS |
| 221 | RY MUZZARELLI | RAAB ENTERPRISES |
| 222 | RYAN VLCKO | MCLAREN HEALTH CARE CORPORATION AND SUBSIDIAR |
| 223 | SAMUEL GERKE | SAMS AUTO SALES |
| 224 | SAMUEL CHINTAMANI SHRISUNDER | SAMUEL SHRISUNDER (I CANT RECALL.I THINK ITS |
| 225 | SANDEEP T A | FAMOUS-HOBBIES.COM |
| 226 | SASH MUNJAL | UPSFORLESS |
| 227 | SCOTT HARDY | TOP CLASS ACTIONS LLC |
| 228 | SEE TEE TAN | HOTEBOOKSONLINE.COM |
| 229 | SELVIN BATCHELOR | CROWNPUBLISHING |
| 230 | SEOK CHANG | UNICSEN, INC. |
| 231 | SHANE STOCKS | CREDIT MART PTY LTD |
| 232 | SHARI ALTMAN | ALTMAN DEDICATED DIRECT |
| 233 | SHAUN HUTCHINSON | DR SHAUN HUTCHINSON |
| 234 | SHONA STROMER | YOUR FOCUS IS YOUR LIFE |
| 235 | SRIRAM VENKATARAMAN | INDIVIDUAL HOME BUSINESS |
| 236 | STACEY KLINGBEIL | PICTURE PERFECT DESIGNS UNLIMITED |
| 237 | STEPHEN DONATELLI | PROGRESSIVE INSURANCE |
| 238 | STEPHEN EDWARD BRADSHAW | INFOPEAK.COM (NEVER WAS A BUSINESS) |
| 239 | STEVE CLOSE | STEVES CLOTHING CO. |
| 240 | STEVE SNYDER | EAST-WEST ACUPUNCTURE CLINIC |
| 241 | STEVE SNYDER | EAST-WEST ACUPUNCTURE CLINIC |
| 242 | SURANG MADEE | CHONBURI FREE AD |
| 243 | SURANG MADEE | CHONBURI FREE AD |
| 244 | SUSAN PETER | ANABAYS |
| 245 | TATIANA LYNN BERGSTROM | N/A |
| 246 | TED CHANG | FREMONT JACKSON LLC |
| 247 | TERENCE BURT | INTERLINX, LLC |
| 248 | TERI DENNIS | AFFILIATE MARKETING |
| 249 | TERI LYNN MAERKI | TERI MAERKI |
| 250 | TERRILL JEROME COOK | TERRILLJEROMECOOK.COM |
| 251 | TIHOMIR NAKOV | TIHOMIR NAKOV |
| 252 | TIMOTHY JESSE MERINO | AMERI-BRAND PRODUCTS INC. |
| 253 | TOBY JAMES MIKLE | TMCREATIONS.COM |
| 254 | TODD FINNERTY | WORLDWIDEMENTALHEALTH.COM |
| 255 | TODD MITCHELL | VARIETECOMMERCE |
| 256 | TODD SPRINGER | CHINESE HERBS DIRECT |
| 257 | TOM KLARNER | BEST CHECKS INC |
| 258 | TONIA R CARTER | IRON MOUNTAIN ENTERPRISES |
| 259 | VIREAK ATH | WEB ADVERTISMENT |
| 260 | WILLIAM BROADHURST | SELF |

Case 2:06-cv-02737-CAS-FMO   Document 205   Filed 12/23/2009   Page 11 of 11

| | | |
|---|---|---|
| 261 | WILLIAM D SIMS | |
| 262 | YIP WILSON | INTERNETMONEYMAKERS |
| 263 | YVES JAQUES | ITALY HOTLINE |
| 264 | ART.COM | ART.COM |
| 265 | ALLPOSTERS - ART.COM | ALLPOSTERS - ART.COM |
| 266 | POWER MARKETING | POWER MARKETING |