John W. Davis (State Bar No. 200113)
john@johnwdavis.com
**LAW OFFICE OF JOHN W. DAVIS**
501 W. Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 400-4870
Facsimile: (619) 342-7170

Steven F. Helfand (State Bar No. 206667)
steven@stevenhelfand.com
**HELFAND LAW OFFICES**
582 Market Street, Suite 1400
San Francisco, CA 94101
Telephone: (415) 397-0007
Facsimile: (415) 397-0009

Counsel for O.E. Express, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In Re Yahoo! Litigation | **CASE NO. CV 06-2737 CAS (FMOx)** <br><br> **CLASS ACTION** <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Fed. R. App. P. 12(b), and Circuit Rule 3-2, Plaintiff-Appellant O.E. Express, Inc. hereby submits the following Representation Statement (filed together with its Notice of Appeal and Civil Appeals Docketing Statement) listing all the following counsel as attorneys of record in this appeal:

| Party | Counsel |
|---|---|
| Objector-Appellant O.E. Express | John W. Davis<br>LAW OFFICE OF JOHN W. DAVIS<br>501 W. Broadway, Suite 800<br>San Diego, CA 92101<br>Telephone: (619) 400-4870<br>Facsimile: (619) 342-7170<br>E-Mail: john@johnwdavis.com<br><br>Steven F. Helfand<br>HELFAND LAW OFFICES<br>582 Market Street, Suite 1400<br>San Francisco, CA 94101<br>Telephone: (415) 397-0007<br>Facsimile: (415) 397-0009<br>E-Mail: steven@stevenhelfand.com |
| Plaintiff-Respondents Crafts by Veronica, Mika's Wedding, and True Communication, Inc. d/b/a Metrodate.com, et al. | Michael J. Boni<br>Joshua D. Snyder<br>BONI & ZACK LLC<br>15 Saint Asaphs Road<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 822-0200<br>Facsimile: (610) 822-0206<br>E-Mail: mboni@bonizack.com<br>        jsnyder@bonizack.com<br><br>Michael D. Donovan<br>Donovan Searles, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 732-6067<br>Facsimile: (215) 732-8060<br>E-Mail: mdonovan@donovansearles.com |

| | |
|---|---|
| Defendants- Respondents Yahoo!, Inc. and Overture Services, Inc. | Larry W. McFarland<br>Dennis Wilson<br>KEATS McFARLAND & WILSON LLP<br>9720 Wilshire Blvd.<br>Penthouse Suite<br>Beverly Hills, CA  90212<br>Telephone:  (310) 248-3830<br>Facsimile:  (310) 860-0363<br>E-Mail:  lmcfarland@kmwlaw.com<br>            dwilson@kmwlaw.com |
| Dated:  February 9, 2010 | Respectfully submitted,<br><br>LAW OFFICE OF JOHN W. DAVIS<br><br>_/s/ John W. Davis_<br>By:  John W. Davis<br>       Attorney for O.E. Express, Inc. |