1  THEODORE H. FRANK (SBN 196332)
2        tedfrank@gmail.com
   **CENTER FOR CLASS ACTION FAIRNESS**
3  1718 M Street NW
4  No. 23-6
5  Washington, DC 20036
   (703) 203-3848
6
7  *Attorney for Objectors Eric Turkewitz and Miles Technologies, Inc.*

8
9                    UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11
12 In re:                              Case No. CV 06-2737 CAS (FMOx)
13    Yahoo! Litigation                **CLASS ACTION**
14
15                                     **NOTICE OF APPEAL AND
                                        REPRESENTATION STATEMENT**
16

1   Notice is hereby given that objecting class members Eric Turkewitz and Miles
2
3   Technologies, Inc. hereby appeal to the United States Court of Appeals for the Ninth
4   Circuit from the Court's Final Order Re Approval of Class Action Settlement and Final
5   Judgment Thereon (Doc. 226) entered on January 15, 2010.  A copy of the Order is
6
7   attached hereto.
8
9   Dated: February 11, 2009
10
                                              Respectfully submitted,
11
                                              /s/ Theodore H. Frank
12                                            Theodore H. Frank
13                                            **CENTER FOR CLASS ACTION**
                                              **FAIRNESS**
14                                            1718 M Street NW
15                                            No. 23-6
                                              Washington, DC 20036
16                                            (703) 203-3848
17                                            Attorney for Objectors
18
19
20
21
22
23
24
25
26
27
28

## Representation Statement

Pursuant to Circuit Rules 3-2(b) and 12-2, objector appellants hereby submit the following Representation Statement, identifying all parties to the action along with the names, addresses and telephone numbers of their respective counsel:

| | |
|---|---|
| **Michael J. Boni** <br> **Joshua D. Snyder** <br> BONI AND ZACK LLC <br> 15 St. Asaphs Road <br> Bala Cynwyd , PA 19004 <br> 610-822-0200 <br> Fax: 610-822-0206 <br> mboni@bonizack.com <br> jsnyder@bonizack.com | **Counsel for Class Plaintiffs** <br> **and** <br> **for Named Plaintiffs** <br> **True Communications** <br> **Crafts by Veronica** <br> **Mikas Wedding** |
| **Michael D. Donovan** <br> DONOVAN SEARLES <br> 1845 Walnut Street Suite 1100 <br> Philadelphia , PA 19103 <br> 215-732-6067 <br> mdonovan@donovansearles.com | |
| **Paul R. Kiesel** <br> KIESEL BOUCHER LARSON LLP <br> 8648 Wilshire Boulevard <br> Beverly Hills , CA 90211 <br> 310-854-4444 <br> Fax: 310-854-0812 <br> kiesel@kbla.com | **Liaison Counsel for Named** <br> **Plaintiffs** <br> **Crafts by Veronica** <br> **Mikas Wedding** |

|   |   |   |
|---|---|---|
| 1 | **Christian C Dowell** | **Counsel for Defendants** |
| 2 | **David K Caplan** | **Yahoo!, Inc.** |
|   | **Dennis L Wilson** | **Overture Services, Inc.** |
| 3 | **Ellie Schwimmer** |   |
| 4 | **Emil W Herich** |   |
|   | **Larry W McFarland** |   |
| 5 | KEATS MCFARLAND & WILSON |   |
| 6 | 9720 Wilshire Boulevard, Suite PH |   |
|   | Beverly Hills , CA 90212 |   |
| 7 | 310-248-3830 |   |
| 8 | Fax: 310-860-0363 |   |
|   | cdowell@kmwlaw.com |   |
| 9 | dcaplan@kmwlaw.com |   |
| 10 | dwilson@kmwlaw.com |   |
|   | eschwimmer@kmwlaw.com |   |
| 11 | eherich@kmwlaw.com |   |
| 12 | lmcfarland@kmwlaw.com |   |
| 13 |   |   |
|   | **Theodore H. Frank** | **Counsel for Objectors** |
| 14 | CENTER FOR CLASS ACTION FAIRNESS | **Eric Turkewitz** |
| 15 | 1718 M Street NW | **Miles Technologies, Inc.** |
|   | No. 23-6 |   |
| 16 | Washington, DC 20036 |   |
| 17 | 703-203-3848 |   |
|   | tedfrank@gmail.com |   |
| 18 |   |   |
| 19 | **Daniel D. Haggerty** | **Counsel for Objector** |
|   | WEIR & PARTNERS LLP | **Miles Technologies, Inc.** |
| 20 | The Widener Building |   |
| 21 | 1339 Chestnut Street Fifth Floor |   |
|   | Philadelphia, PA  19107 |   |
| 22 | 215-241-7752 |   |
| 23 | Fax: 213-665-8464 |   |
|   | dhaggerty@weirpartners.com |   |

**Case No. CV 06-2737** CAS (FMOx)                    4
NOTICE OF APPEAL AND REPRESENTATION STATEMENT

**John W. Davis**  
LAW OFFICE OF JOHN W. DAVIS  
501 W. Broadway, Suite 800  
San Diego, CA  92101  
619-400-4870  
Fax: 619-342-7170  
john@johnwdavis.com

**Counsel for Objector E.O. Express**

**Steven F. Helfand**  
HELFAND LAW OFFICES  
582 Market Street, Suite 1400  
San Francisco, CA  94101  
415-397-0007  
Fax: 415-397-0009  
steven@stevenhelfand.com

Respectfully submitted,

/s/ Theodore H. Frank  
Theodore H. Frank  
**CENTER FOR CLASS ACTION FAIRNESS**

## PROOF OF SERVICE

I hereby certify that on February 11, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

          /s/ Theodore H. Frank
          Theodore H. Frank



# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

USCA DOCKET # (IF KNOWN)

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: In Re Yahoo! Litigation | DISTRICT: C.D. Cal. | JUDGE: Christina A. Snyder |
|---|---|---|
| | DISTRICT COURT NUMBER: CV 06-2737 CAS (FMOx) | |
| | DATE NOTICE OF APPEAL FILED: February 11, 2010 | IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:

Plaintiffs brought a putative class action lawsuit against Yahoo! purportedly on behalf of ad purchasers since May 1, 2000. Plaintiffs settled for injunctive relief, $0 pecuniary recovery to class members still in business, $20 to defunct members, $10,000 incentive awards to three named plaintiffs, and $4,267,812 in attorneys fees. Over the objections of appellants, the District Court issued judgment approving settlement and fee award.

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:

Is a class action settlement that provides zero relief to the majority of the class, $10,000 in incentive awards to three named plaintiffs, and $4,267,812 in attorneys fees and costs "fair, adequate, and reasonable"?

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

Appeal by objector OE Express from the District Court on February 9, 2010 (USCA docket number 10-55206).

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:
- ☐ Possibility of Settlement
- ☐ Likelihood that intervening precedent will control outcome of appeal
- ☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

- ☐ Any other information relevant to the inclusion of this case in the Mediation Program

- ☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

| FEDERAL | APPELLATE |
|---|---|
| ☐ FEDERAL QUESTION | ☒ FINAL DECISION OF DISTRICT COURT |
| ☒ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT |
| ☐ OTHER (SPECIFY): | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): |
| | ☐ OTHER (SPECIFY): |

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**

- ☐ DEFAULT JUDGMENT
- ☐ DISMISSAL/JURISDICTION
- ☐ DISMISSAL/MERITS
- ☐ SUMMARY JUDGMENT
- ☒ JUDGMENT/COURT DECISION
- ☐ JUDGMENT/JURY VERDICT
- ☐ DECLARATORY JUDGMENT
- ☐ JUDGMENT AS A MATTER OF LAW
- ☐ OTHER (SPECIFY):

**RELIEF**

- ☒ DAMAGES:
  - SOUGHT $ 
  - AWARDED $ 30,000
- ☒ INJUNCTIONS:
  - ☐ PRELIMINARY
  - ☒ PERMANENT
  - ☒ GRANTED
  - ☐ DENIED
- ☒ ATTORNEY FEES:
  - SOUGHT $ 4,267,812
  - AWARDED $ 4,267,812
- ☐ PENDING
- ☐ COSTS: $

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| /s/ Theodore H. Frank | February 11, 2010 |
|---|---|
| **Signature** | **Date** |

## COUNSEL WHO COMPLETED THIS FORM

| NAME | Theodore H. Frank |
|---|---|
| FIRM | Center for Class Action Fairness |
| ADDRESS | 1718 M Street NW No. 23-6 |
| CITY | Washington |
| STATE | DC |
| ZIP CODE | 20036 |
| E-MAIL | tedfrank@gmail.com |
| TELEPHONE | (703) 203-3848 |
| FAX | |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL. \*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION



FILED
CLERK, U.S. DISTRICT COURT
JAN 1 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| In Re Yahoo! Litigation | Case No.: CV 06-2737 CAS (FMOx) <br><br> [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL <br><br> Honorable Christina A. Snyder |

This matter is before the Court pursuant to the motion for final class certification and final approval of a proposed class action settlement of the above-captioned case (the "Action") entered into between, on the one hand, Plaintiffs Crafts by Veronica, Mika's Wedding, and True Communication, Inc. d/b/a Metrodate.com ("Class Representatives"), and, on the other hand, defendant Yahoo! Inc. ("Yahoo!"). Plaintiffs, through Class Counsel, have moved for an Order approving the settlement of the Action in accordance with a Settlement Agreement dated September 16, 2009 between Plaintiffs and Yahoo! (the "Settlement Agreement"). Having read and considered the Settlement Agreement and having held a hearing on the fairness of the proposed settlement, at which objectors to the Settlement could appear, and based upon familiarity with the files and proceedings in this matter, the Court finds that:

1. Unless otherwise specified, all capitalized terms herein that are defined terms in the Settlement Agreement shall have the same meaning as in the Settlement Agreement.

2. The Court preliminarily approved the Settlement Agreement by Order of September 22, 2009 (the "Preliminary Approval Order").

3. Notice of the proposed settlement has been timely disseminated in accordance with the terms of the Preliminary Approval Order, which authorized such notice. Such notice is the best practicable notice to be provided under the circumstances and satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure and applicable standards of due process.

4. The notice given to the Attorney General of the United States and the Attorneys General of the fifty States and the District of Columbia satisfied the notice requirements of 28 U.S.C. § 1715(b).

5. The issues as to liability and remedies in the Action are issues as to which there are substantial grounds for difference of opinion, and the proposed settlement of the Action constitutes a resolution of those issues that is fair, reasonable and adequate to the Class certified herein.

Accordingly, it is hereby **ORDERED** as follows:

6. The Settlement Agreement is approved as fair, reasonable and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure and in the best interest of the Class, and the parties are directed to consummate the Settlement Agreement in accordance with its terms.

7. The following Class, provisionally certified in the Preliminary Settlement Approval Order dated September 22, 2009, is now finally certified for purposes of the Settlement only:

> **All Persons that purchased, directly or indirectly, Yahoo! Ads in the U.S. Marketplace from May 1, 2000, through and including the date the Court granted preliminary approval of the Agreement.**

8. The Court finds that (a) the Class is so numerous that joinder of all members is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims of Class Representatives are typical of the claims of all Class

2

1 Members; (d) Class Representatives and Class Counsel have fairly and adequately
2 protected and will fairly and adequately protect the interests of the Class;
3 (e) common questions of law and fact predominate over questions affecting only
4 individual Class Members; and (f) a class action is superior to other available
5 methods for the fair and efficient adjudication of this controversy.

6     9.     The Action and all claims contained therein, as well as all of the
7 Released Claims, are dismissed with prejudice as to the Class Representatives and
8 all Class Members and as against Yahoo!. There is no just reason for delay and the
9 judgment of dismissal with prejudice as to Yahoo! shall be final.

10     10.     Upon the Effective Date and thereafter, the Class Representatives and
11 Class Members shall, pursuant to this Final Judgment and Order of Dismissal,
12 release and forever discharge, and shall forever be enjoined from filing,
13 commencing, prosecuting, intervening in, participating in, assisting or otherwise
14 facilitating any and all Released Claims against Yahoo! in any court or forum
15 whatsoever.

16     11.     The Settlement Agreement and any proceedings taken pursuant
17 thereto are not, and should not in any event be: (a) offered or received as evidence
18 of a presumption, concession or admission on the part of any of Plaintiffs, Yahoo!,
19 any Class Person, or any other person; or (b) offered or received as evidence of a
20 presumption, concession or admission by any person of any liability, fault,
21 wrongdoing or other dereliction of duty.

22     12.     Consummation of the Settlement shall proceed as described in the
23 Settlement Agreement, and the Court hereby reserves jurisdiction over the subject
24 matter and as to each party to the Settlement Agreement with respect to the
25 interpretation and implementation of the Settlement Agreement for all purposes,
26 including enforcement of any of the terms thereof at the instance of any party and
27 resolution of any disputes that may arise relating in any way to, or arising from, the
28 implementation of the Settlement Agreement or the implementation of this Order.

1   13.  Attached hereto is a list of Persons who timely excluded themselves from the Settlement. Those Persons are not bound by any terms in this Order.

14.  Attorneys' fees and reimbursement of expenses to Class Counsel in the total amount of $4,267,812.00 are hereby approved and awarded.

15.  The Court approves service awards to the three Class Representatives, and each is awarded $10,000.

16.  Within three (3) business days after the Effective Date, Yahoo! shall instruct PNC Bank or its successor (if any) to transfer the sum approved by the Court, plus all accrued interest, by wire transfer to the trust account of Boni & Zack LLC. Plaintiffs' Co-Lead Counsel shall distribute service awards in the amount approved by the Court in Paragraph 15 above to each of the Class Representatives and shall distribute the remainder of the monies plus all remaining accrued interest between or among plaintiffs' counsel, as Plaintiffs' Co-Lead Counsel shall determine in their sole discretion based on plaintiffs' counsel's relative contributions to the prosecution and settlement of this Action.

17.  Pursuant to the terms hereof, final judgment shall be entered as provided herein.

*denied.* 18. Objector's request for the deposition of Erin Sheehy-Owen is

Dated:  1/15/10

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge

4

| Seq | Name | Company |
|---|---|---|
| 1 | ABDUL AL-JOHAR | N/A |
| 2 | ABDUL A HAZEEB | RAJAH HEALTHY ACRES |
| 3 | ADAM BAREA | GOOGLE INC. |
| 4 | ADAM BAREA | GOOGLE INC. |
| 5 | ADAM BAREA | GOOGLE INC. |
| 6 | ADAM BAREA | GOOGLE INC. |
| 7 | ADAM PACHECO | ADAM PACHECO |
| 8 | ADNAN BIN AHMAD | 4LOVE |
| 9 | ADRIAN AGHINITEI | SCRIPTYWEB |
| 10 | ALEX MARK | EVEREST INTERNET MARKETING LTD |
| 11 | ALEXANDRE TSIOUPER | ALEXANDRE TSIOUPER |
| 12 | ANDREW BARNA | PATCHWORK COMPANY |
| 13 | ANDREW HEARNE | NONE |
| 14 | ANGEL LOPEZ GANDIA | A GANDIA |
| 15 | ANGELA OZBUN | YEARLY FREEDOM/ OZBUN CANDLE SUPPLY |
| 16 | ANGELA OZBUN | YEARLY FREEDOM/ OZBUN CANDLE SUPPLY |
| 17 | ANGELO OLIMPIO | ANGELOOLIMPIOONLINE |
| 18 | ANN WRIXON | INDEPENDENT ADOPTION CENTER |
| 19 | ANNA RAFSTEDT | ANNA RAFSTEDT |
| 20 | ANNIE KRIKORIAN | MUSICIAN'S FRIEND, MUSIC & ARTS |
| 21 | ANTONIUS M. VAN WAARD | SAME AS ABOVE |
| 22 | ANTONY BRIAN JAMES | TRIBUTE TO THEM |
| 23 | AVICHAY NISSENBAUM | YEDDA INC. |
| 24 | BASIL SAMIH HIJAZI | BASIL SAMIH HIJAZI |
| 25 | BOGDAN PARSU | FSH |
| 26 | BONNIE GAIL LEWIS | ABIDING WORDS |
| 27 | BRETT CAMERON BLAIR | CHRISTIANGLOBE NETWORK - SERMONS.COM AND ESER |
| 28 | BRETT GALEN ZAMBOTTI | UNIQUE LAWN CARE |
| 29 | BRIAN LAMEIRA | SPACE AGE WATER FILTERS |
| 30 | CARLOS FLORES | BMQ, INC |
| 31 | CAROL SCHNEIDER | WAREHOUSE OPTIMIZATION |
| 32 | CAROL VICKERY | BY HUNDLEY |
| 33 | CHIRSTIAN ROY | STATION INIFINIWEB INC |
| 34 | CHRIS LEE WUETHRICH | EXECUTIVE DESK, INC |
| 35 | CHRISTINE FIELD HOWE | TINA HOWE COMMUNICATIONS DESIGN |
| 36 | CHRISTOPHER RIMINGTON | QO LABS |
| 37 | CINDY SPEYRER | SARICHIN ENTERPRISES |
| 38 | CLARENCE WILLIAMS | L&L ENTERPRISES |
| 39 | CODY HAYES | ARIZONA CENTER FOR DIVORCE EDUCATION |
| 40 | CONNIE ELISE PERRY | DOLLARSTITCH.COM |
| 41 | CRISTIAN VASILE BORZA | CRISTIAN VASILE BORZA |

| | | |
|---|---|---|
| 42 | DANIEL DESGENS | GLOBAL CASH FLOW NETWORK |
| 43 | DANIEL PIPPENGER | BRADBY CONSULTING P/L |
| 44 | DANIEL JOHN BRADBY | DAVE NATHAN / NATHAN WEB MARKETING LLC |
| 45 | DAVE NATHAN | |
| 46 | DAVID BALL | DAVID BALL |
| 47 | DAVID DIXON | WWW.TOADWARE.COM |
| 48 | DAVID MCNUTT | TX COUNTRY PC |
| 49 | DAVID LEE LONG | THE GIFT CONNECTION |
| 50 | DAVID RICHARD ALLEN | ALLEN AND ALLEN |
| 51 | DAWN LEAH WICKBERG | SHEMONEY OR SHEMONEYS |
| 52 | DEBORAH C COFFEE | DISCOVERY SERVICES, LLC |
| 53 | DIRENE ALLEN | NUCLEAR REGULATORY CONSULTING, LLC |
| 54 | DIRENE ALLEN | NUCLEAR REGULATORY CONSULTING, LLC |
| 55 | DOLORIS LAJOIE | MPR |
| 56 | DON REYNOLDS | DON REYNOLDS FUNDING |
| 57 | DON WILSON | DON THE DEV |
| 58 | DONNA URCIUOLI | AREARUGSBYDONNA.COM |
| 59 | DONNA M BALLMAN | DONNA M. BALLMAN, P.A. |
| 60 | DOUG EVERETT | PORT-A-COOL DISTRIBUTION |
| 61 | DOUGLAS WAYNE LEE | LEE ENTERPRISE |
| 62 | DOUGLAS WILLIAM ARMSTRONG JR. | D. ARMSTRONG AND COMPANY |
| 63 | DRAGOMIR TENEV | DRAGOMIR TENEV |
| 64 | EDITH LYNCH | DELWEB ADVERTISING LIMITED |
| 65 | EHUD ZEIGERSON | QUALITY INFORMATION SYSTEMS |
| 66 | ELINOR BAHITI | BEST ONLINE DEALS |
| 67 | ELLEN H LILIEDAHL | NO NAME |
| 68 | EMANUEL CALENOFF | ALLERGY THERAPY SOLUTIONS, INC. |
| 69 | EMILIANO M YERFINO | ECOTECH ENVIRONMENTAL CONSULTANTS |
| 70 | EMMETT EDWARD AHRENS | EACCELERATION CORP |
| 71 | EUGENE BAKER | N/A |
| 72 | FATIMAH ABDUL JALIL | FATIMAH ABDUL JALIL |
| 73 | FREDERICK EVAN JOSEPH | US RECORD SEARCH & INFORAMTION SERVICES INC |
| 74 | GAIL CHANTELLE HAMILTON | BLOSSOMING PARADISE IMPORTS |
| 75 | GANESAN RAMANATHAN IYER | I OBTAINED REFUND BY CANCELLING AD WITHIN 48H |
| 76 | GARY GROUT | THE COMPUTER MANAGER, INC. |
| 77 | GENE LEE | GOODIE CENTRAL |
| 78 | GEORGE DUNCAN | CLICKON-ME |
| 79 | GERALD A LEMIEUX | JERRLEM ENTERPRISES |
| 80 | GERHARD KRASSNIG | GERHARD KRASSNIG |
| 81 | GIL BYCZ | FJD |
| 82 | GOH WEY | WEI SIANG DESIGN CONSTRUCTION |

| | | |
|---|---|---|
| 83 | GRAHAM HIMMELHOCH-MUTTON | 206 FWY ENTERPRISES |
| 84 | GREG GUITERAS | LORRAINE TRAVEL, LLC |
| 85 | GREGORY A PEARSON | GLOBAL MARKETING RESOURCES, INC |
| 86 | HANS MICHAEL SEEFELDT | THE WEST COAST STORE |
| 87 | HEATHER MATTIONI-COLE | BEST OF ALL SHOPPING |
| 88 | HULYA YILDIRAN | INKORA BILGI TEKNOLOJILERI |
| 89 | IAN MATTHEWS | MAGNERS.US |
| 90 | IFA SYSTEMS AG | IFA SYSTEMS AG |
| 91 | IRENE LEE | E-WEB MARKETING |
| 92 | ISABEL MAYNE | MAYNE PUBLISHERS |
| 93 | ISRAEL TZADOK | LINOS ENTERPRISES |
| 94 | JACOB SWANKO | J JOHN SWANKO DBA J JOHN SWANKOGEMSTUDDEDNAIL |
| 95 | JAKE EISENBERG | QUICKNLAUNCH.COM |
| 96 | JAMES CHRISTIAN HAAHR | SAME |
| 97 | JAMES LEE VAN HORN | BLUEHORIZONS |
| 98 | JAMES WILLIAM POTENTIER | PRPOCLOCK.COM |
| 99 | JASON FORMICOLA | MOUNTAINVIEW WELLNESS GROUP |
| 100 | JASON LEWIS TERWILLIGER | THE SUNFLOWER GIFT SHOPPE |
| 101 | JEFF COOPER | UNIVERSITY SCHOOLS, INC |
| 102 | JEFF PEACOCK | MIDDLESEX DETECTOR SALES |
| 103 | JEFFREY DONALD RODGERS | JEFF-NET |
| 104 | JENNIFER LOWE | MAKE MONEY FAST |
| 105 | JENNY CHERVIAKOFF | YAR-D-ONE INTERNATIONAL |
| 106 | JERRY KENNARD | MEN4HEALTH.COM |
| 107 | JESSE ENG | SPIDERWEB SYSTEM |
| 108 | JIM FREEMAN | POUNCE |
| 109 | JOAN WELCH | HOPE REALTY |
| 110 | JOE CROWLEY | BARGIN-BARN |
| 111 | JOHN ARMISTEAD | ARMISTEAD TECHNOLOGIES, LLC. |
| 112 | JOHN HEALEY | SKEPTICS HEAVEN |
| 113 | JOHN SHOEMAKER | NOTARY ROTARY |
| 114 | JOHN SOSA | SEXXYCOUPLES.COM |
| 115 | JOHN WION | ASTRO HOST |
| 116 | JOHN ZITO | AUSSIE PET MOBILE - BORDENTOWN |
| 117 | JON KRABBE | THE DESIGN PEOPLE, INC. |
| 118 | JOSEPH CHEON | ECLUB, INC. |
| 119 | JOSEPH CROWLEY | BARGIN-BARN |
| 120 | JOSEPH DILLON | EQUITABLE MEDIATION SERVICES |
| 121 | JOSEPH MEYTRE | JOSEPH MEYTRE |
| 122 | JOSHUA SMOLIK | FANTASYFOOTBALL.BE |
| 123 | JUDITH MARIE HOWARD | MALL FOR ALL |
| 124 | KATHRYN LOUISE SCHAB | SLY PARADOX |
| 125 | KAYLEEN ROSE PUKALLUS | KAYSBIZ |
| 126 | KEN SAUNDERS | ARCADIA. VSTORESTUFF |

| # | Name | Business |
|---|---|---|
| 127 | KEVIN ALLEN BURKS | IRIDIUM TECHNOLOGIES, LLC |
| 128 | KEVIN MP RYAN | KEVADAVID.COM |
| 129 | KEVIN V DAVID | KIM VOTRY ENTERPRISES |
| 130 | KIM VOTRY | NOT AVAILABLE |
| 131 | KRIKOR KRIKORIAN | WOFFLEYS.COM |
| 132 | KRISTIAN WHITAKER | DOOCAA |
| 133 | KWOK SENG YIN | STADRI EMBLEMS INC |
| 134 | KYNAN G MCELRATH | PO BOX 777 |
| 135 | KYNAN G MCELRATH | PUBLISHER |
| 136 | LACHEZAR POPOV | LAI CHIA YEE |
| 137 | LAI CHIA YEE | LAILA SHIHADA |
| 138 | LAILA A. SHIHADA | LATONYAPERSON |
| 139 | LATONYA PATRICIA PERSON | VITAMIN WAGON |
| 140 | LAUREY TEDESCHI | PRINSONIX |
| 141 | LEONG WENG KHIN | BELLALIDIA.COM |
| 142 | LIDIA PULSELLI | CALIBISHIE LODGES & DOMINICA'S SEA VIEW APART |
| 143 | LINDA MAES | |
| 144 | LISA LOIS SHELFER | LS JEWELRY DESIGNS |
| 145 | LOUIS CARPENTIER | ULTIMATE SOFTWARE AND CONSULTING |
| 146 | LOW CHUAN JIE | LOW CHUAN JIE |
| 147 | LYDON OWEN SIPE | SIPE FAMILY ENTERPRISES |
| 148 | MACKENZIE BESTOLD | ULINE |
| 149 | MARA GERKE | ENERGY WELLNESS PRODUCTS |
| 150 | MARC BRAGHIROL | BUSINESS CONTACTS ONLINE |
| 151 | MARCIA WILLIAMS | MITOWN THERAPY |
| 152 | MARIVIC V FERNANDEZ | MVFENTERPRISE |
| 153 | MARK MILLER | MCM ENTERPRISES |
| 154 | MARK SUMMERS | THREEWIRE, INC |
| 155 | MARK E MIYASATO | ITCELLULAR |
| 156 | MARK EDWIN BRAMSON | US INSURANCE NET |
| 157 | MARY SMITH | OLIVER OF ADRIAN, INC. |
| 158 | MARY CATHERINE MCALLISTER | DILLYS BOUTIQUE |
| 159 | MARY CONSTANCE THOMSON | B&C THOMSON COMPANY |
| 160 | MATTHEW LATIMER | KIR/EVERYTATTOO |
| 161 | MATTHEW RYAN FURMAN | FURMAN INSURANCE SERVICES, LLC |
| 162 | MEL DRAGICEVIC | GAMMON VILLAGE INC. |
| 163 | MELANIE WHALLEY | TRADING AS MYSELF - MELANIE WHALLEY |
| 164 | MELVIN ALBERT MONTGOMERY | ESTOCKETC.COM |
| 165 | MERY PEREIRA | ELSOVERSEAS |
| 166 | MERYL LOBO | NONE |
| 167 | MIAN AHSAN | NOT REMEMBER |
| 168 | MIAN AHSAN | NOT |
| 169 | MICHAEL CONWAY | FAMILY PRODUCTS, LLC |
| 170 | MICHAEL DONAHOE | INTEGRITY BIBLES AND BOOKS |
| 171 | MICHAEL LAMMERS | MARYLHURST UNIVERSITY |

| | | |
|---|---|---|
| 172 | MICHAEL MAGALSKY | HOW ABOUT THERE |
| 173 | MICHAEL WING | SPINNAKER PRESS |
| 174 | MICHAEL J HAZARD | IMPACT INFO MARKETING |
| 175 | MICHAEL NICHOLAS SCIUTO | ON-SITE SUPPLY CO |
| 176 | MICHAEL SCOTT ZUGG | QUANTUM VENDING |
| 177 | MICHEL CONDOROUSSIS | ROBINSON SHEPPARD SHAPIRO |
| 178 | MICHEL POULIN | BASKETS BY MICHELLE |
| 179 | MICHELLE MARI BASS | QULEBIZ |
| 180 | MIODRAG MILOSAVLJEVIC | MIREILLE DION |
| 181 | MIREILLE DION | MUDDASSIR RIZVI |
| 182 | MUDDASSIR YAHYA RIZVI | MUHAMMAD MIRZA ABDULLAH |
| 183 | MUHAMMAD MIRZA ABDULLAH | 5 STAR PIXELS |
| 184 | MURNIATI HERRICK | BUSINESSNAMEPROD120609EXCLUSION |
| 185 | NAGAPROD120609E S SURAPROD120609EXCLUSION | |
| 186 | NICHOLAS VOLZ | MADRUS WEBSITE NETWORK |
| 187 | NICOLAS DOLLO | SIAM JEWELRY |
| 188 | NICOLE YVONNE WILSON | FACEART |
| 189 | NIMA BAGHAEI | ET HEALING CLINIC |
| 190 | NINAD RAVINDRA AVASARE | NEURONTECH |
| 191 | OLAF CHOI | GANADATRANSLATIONS.COM |
| 192 | OLEG FEDOROV | OXYGEN SOFTWARE |
| 193 | OLEKSANDR BUZKO | BUZKO PHOTOGRAPHY |
| 194 | OLGA SAVCUK | ORVELAS UAB |
| 195 | OMKAR PANESAR | PCSTOP |
| 196 | ONG KIM KIAT | WWW.NOW2EARN.COM |
| 197 | ONG SIEW LIAN | LENA ONG SIEW LIAN |
| 198 | PAMELA HUTCHISON | LIFEAFTERKIDZ |
| 199 | PATRICK BENNY | TOKYO RECORD HUNTING SERVICE |
| 200 | PERRY NOVAK | SFIMG |
| 201 | PERRY NOVAK | JN |
| 202 | PERRY NOVAK | SFI |
| 203 | PHILIP WAYNE FRIEZE | YES WE CAN |
| 204 | PLAMEN VALKANOV | PLAMENV |
| 205 | QUAN TRAN | GAMEINSTOCK.COM |
| 206 | RAJIT RAVICHANDRAN | NEW ANN BERRYBUSH BUSINESS |
| 207 | RAMNISH GUPTA | RAMNISH GUPTA |
| 208 | RAYMOND JOHNSEN | RAYMOND JOHNSEN |
| 209 | REBECCA LARAYE KRAHLING | REBECCA LARAYE KRAHLING |
| 210 | RICHARD LEON DRAUCKER | LOOKUPBOOK PUBLISHING, INC. |
| 211 | RICHARD WARD CUSTER | CHRONOMETRY COMPANY INTERNATIONAL |
| 212 | ROBERT BAKER | MLI NETWORK LLC |
| 213 | ROBERT JOHNSTON | DISTANTSTAR PRODUCTIONS |
| 214 | ROBERT E WOISH | CLASS A RESUME |
| 215 | ROBERT JASON CHADWICK | RUSTY ZIPPER |
| 216 | ROBIN PARKER | INTRIGUE GIFT SHOP |

| | | |
|---|---|---|
| 217 | ROD GILCHRIST | FANTASY FOOTBALL DRAFT CENTER |
| 218 | ROGER DICKERMAN | CYGNI COMMUNICATIONS LTD |
| 219 | ROLF A. F. WITZSCHE | RUSSEL RECOMMENDS |
| 220 | RUSSEL SCHWARTZ | RAAB ENTERPRISES |
| 221 | RY MUZZARELLI | MCLAREN HEALTH CARE CORPORATION AND SUBSIDIAR |
| 222 | RYAN VLCKO | SAMS AUTO SALES |
| 223 | SAMUEL GERKE | SAMUEL SHRISUNDER (I CANT RECALL.I THINK ITS |
| 224 | SAMUEL CHINTAMANI SHRISUNDER | FAMOUS-HOBBIES.COM |
| 225 | SANDEEP T A | UPSFORLESS |
| 226 | SASH MUNJAL | TOP CLASS ACTIONS LLC |
| 227 | SCOTT HARDY | HOTEBOOKSONLINE.COM |
| 228 | SEE TEE TAN | CROWNPUBLISHING |
| 229 | SELVIN BATCHELOR | UNICSEN, INC. |
| 230 | SEOK CHANG | CREDIT MART PTY LTD |
| 231 | SHANE STOCKS | ALTMAN DEDICATED DIRECT |
| 232 | SHARI ALTMAN | DR SHAUN HUTCHINSON |
| 233 | SHAUN HUTCHINSON | YOUR FOCUS IS YOUR LIFE |
| 234 | SHONA STROMER | INDIVIDUAL HOME BUSINESS |
| 235 | SRIRAM VENKATARAMAN | PICTURE PERFECT DESIGNS UNLIMITED |
| 236 | STACEY KLINGBEIL | PROGRESSIVE INSURANCE |
| 237 | STEPHEN DONATELLI | INFOPEAK.COM (NEVER WAS A BUSINESS) |
| 238 | STEPHEN EDWARD BRADSHAW | STEVES CLOTHING CO. |
| 239 | STEVE CLOSE | EAST-WEST ACUPUNCTURE CLINIC |
| 240 | STEVE SNYDER | EAST-WEST ACUPUNCTURE CLINIC |
| 241 | STEVE SNYDER | CHONBURI FREE AD |
| 242 | SURANG MADEE | CHONBURI FREE AD |
| 243 | SURANG MADEE | ANABAYS |
| 244 | SUSAN PETER | N/A |
| 245 | TATIANA LYNN BERGSTROM | FREMONT JACKSON LLC |
| 246 | TED CHANG | INTERLINX, LLC |
| 247 | TERENCE BURT | AFFILIATE MARKETING |
| 248 | TERI DENNIS | TERI MAERKI |
| 249 | TERI LYNN MAERKI | TERRILLJEROMECOOK.COM |
| 250 | TERRILL JEROME COOK | TIHOMIR NAKOV |
| 251 | TIHOMIR NAKOV | AMERI-BRAND PRODUCTS INC. |
| 252 | TIMOTHY JESSE MERINO | TMCREATIONS.COM |
| 253 | TOBY JAMES MIKLE | WORLDWIDEMENTALHEALTH.COM |
| 254 | TODD FINNERTY | VARIETECOMMERCE |
| 255 | TODD MITCHELL | CHINESE HERBS DIRECT |
| 256 | TODD SPRINGER | BEST CHECKS INC |
| 257 | TOM KLARNER | IRON MOUNTAIN ENTERPRISES |
| 258 | TONIA R CARTER | WEB ADVERTISMENT |
| 259 | VIREAK ATH | SELF |
| 260 | WILLIAM BROADHURST | |

| 261 | WILLIAM D SIMS | |
| --- | --- | --- |
| 262 | YIP WILSON | INTERNETMONEYMAKERS |
| 263 | YVES JAQUES | ITALY HOTLINE |
| 264 | ART.COM | ART.COM |
| 265 | ALLPOSTERS - ART.COM | ALLPOSTERS - ART.COM |
| 266 | POWER MARKETING | POWER MARKETING |