Case 2:06-cv-02737-CAS-FMO   Document 232   Filed 02/11/10   Page 1 of 3

1  Steve A. Miller (State Bar No. 171815)
   Steve A. Miller, PC
2  1625 Larimer Street, No. 2905
3  Denver, CO 80202
   Ph# 303-892-9933
4  Fax: 303-892-8925
   Email: sampc01@gmail.com
5

6

7

8

9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| 10 | **In Re Yahoo! Litigation** | |
| 11 | | |
| 12 | **This Document Relates To:** | Master File No CV 06-2737 CAS (FMOx) |
| 13 | **ALL ACTIONS** | Judge Christina A. Snyder |
| 14 | | **NOTICE OF APPEAL** |
| 15 | LightTheNations.com | |
| 16 | ChaseandSam.com | **BY FAX** |
|    | Digital Playroom, Inc. | |
| 17 | James Owen | |
|    | Randal S. Ford | |
| 18 | | |
| 19 | **Objectors/Appellants** | |

20

21

22

23

24

25

26

27

28

Notice is hereby given that Objectors LightTheNations.com, ChaseandSam.com, Digital Playroom, Inc., James Owen, and Randal S. Ford hereby appeal to the United States Court of Appeals for Ninth Circuit from the Final Judgment and Order of Dismissal [Doc 226] entered in this action on January 15, 2010.

Respectfully submitted,

*/s/ Steve A. Miller*

Steve A. Miller (SBN 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objectors/Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2010, I mailed the foregoing Notice of Appeal to the following:

**Plaintiff's Counsel:**
Michael J. Boni
Joshua D. Snyder
Boni & Zack LLC
15 Saint Asaphs Rd
Bala Cynwyd, PA 19004
mboni@bonizack.com
jsnyder@bonizack.com

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut St, Suite 1100
Philadelphia, PA 19103
mdonovan@donovansearles.com

**Defense Counsel:**
Larry W. McFarland
Dennis L. Wilson
Keats, McFarland & Wilson, LLP
9720 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90212
lmcfarland@kmwlaw.com
dwilson@kmwlaw.com

Steve A. Miller